# EXHIBIT 11

GENERAL    GUIDES

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

# Authorization Guide

To have the end user approve your app for access to their Spotify data and features, or to have your app fetch data from Spotify, you need to authorize your application.

Your app can be authorized by Spotify in two ways:

- **App Authorization**: Spotify authorizes your app to access the Spotify Platform (APIs, SDKs and Widgets).
- **User Authorization**: Spotify, as well as the user, grant your app permission to access and/or modify the user's own data. For information about User Authentication, see User Authentication with OAuth 2.0. Calls to the Spotify Web API require authorization by your application user. To get that authorization, your application generates a call to the Spotify Accounts Service `/authorize` endpoint, passing along a list of the **scopes** for which access permission is sought.

## Obtaining Authorization

Making authorized requests to the Spotify platform requires that you are granted permission to access data.

In accordance with RFC-6749, 3 parties are involved in the authorization process:

- Server: the Spotify server
- Client: your application
- Resource: the end user data and controls



## Scopes

Scopes enable your application to access specific API endpoints on behalf of a user. The set of scopes you pass in your call determines the access permissions that the user is required to grant. See available scopes.

## GUIDES

- App Settings
- Authorization Guide
- Authorization Scopes
- Content Linking Guide
- Track Relinking Guide
- Working With Playlists
- Local Files in Spotify Playlists

### Example

The following code generates a request for the scopes `user-read-private` and `user-read-email`:

```
app.get('/login', function(req, res) {
  var scopes = 'user-read-private user-read-email';
  res.redirect('https://accounts.spotify.com/authorize' +
    '?response_type=code' +
    '&client_id=' + my_client_id +
    (scopes ? '&scope=' + encodeURIComponent(scopes) : '') +
    '&redirect_uri=' + encodeURIComponent(redirect_uri));
});
```

On execution, the user is redirected to a page where the requested information is presented:



## To Obtain Authorization:

1. Register your application.
2. Follow one of the 3 Spotify authorization flows.

## Authorization Flows

There are 3 optional flows to obtaining app authorization:

- Refreshable user authorization: **Authorization Code**
- Temporary user authorization: **Implicit Grant**
- Refreshable app authorization: **Client Credentials Flow**

| FLOW | ACCESS USER RESOURCES | REQUIRES SECRET KEY (SERVER-SIDE) | ACCESS TOKEN REFRESH | IMPROVED RATE LIMITS |
| --- | --- | --- | --- | --- |
| Authorization Code | Yes | Yes | Yes | Yes |
| Client Credentials | No | Yes | No | Yes |
| Implicit Grant | Yes | No | No | Yes |

For further information and examples of these flows, read our step-by-step tutorial. In addition, see a list of handy wrappers and tools for your language of choice.

## Authorization Code Flow

This flow is suitable for long-running applications in which the user grants permission only once. It provides an **access token** that can be *refreshed*. Since the token exchange involves sending your secret key, perform this on a secure location, like a backend service, and not from a client such as a browser or from a mobile app.

For further information about this flow, see RFC-6749, and Web API tutorial.

| You do | Prompt your user to a webpage where they can choose to grant you access to their data. |
| --- | --- |
| You get | An **access token** and a **refresh token**. |

Since the exchange uses your client secret key, to keep the integrity of the key, you should make that request server-side.

The advantage of this flow is that you can use **refresh tokens** to extend the validity of the access token.

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

GUIDES

App Settings

Authorization Guide

Authorization Scopes

Content Linking Guide

Track Relinking Guide

Working With Playlists

Local Files in Spotify Playlists



*Authorization Code Flow*

### 1. Have your application request authorization; the user logs in and authorizes access

Your application sends a request to the Spotify Accounts service. The reason your application sends this request may vary:

- A step in the initialization of your application.
- A response to a user action, like a button click.

The `GET` request is sent to the `/authorize` endpoint of the Accounts service:

```
GET https://accounts.spotify.com/authorize
```

## GUIDES

- App Settings
- **Authorization Guide**
- Authorization Scopes
- Content Linking Guide
- Track Relinking Guide
- Working With Playlists
- Local Files in Spotify Playlists

| QUERY PARAMETER | VALUE |
|---|---|
| client_id | *Required.* When you register your application, Spotify provides you a Client ID. |
| response_type | *Required.* Set to `code`. |
| redirect_uri | *Required.* The URI to redirect to after the user grants or denies permission. This URI needs to have been entered in the Redirect URI whitelist that you specified when you registered your application. The value of `redirect_uri` here must exactly match one of the values you entered when you registered your application, including upper or lowercase, terminating slashes, and such. |
| state | *Optional, but strongly recommended.* The state can be useful for correlating requests and responses. Because your `redirect_uri` can be guessed, using a state value can increase your assurance that an incoming connection is the result of an authentication request. If you generate a random string, or encode the hash of some client state, such as a cookie, in this state variable, you can validate the response to additionally ensure that both the request and response originated in the same browser. This provides protection against attacks such as cross-site request forgery. See RFC-6749. |
| scope | *Optional.* A space-separated list of scopes. If no scopes are specified, authorization will be granted only to access publicly available information: that is, only information normally visible in the Spotify desktop, web, and mobile players. |
| show_dialog | *Optional.* Whether or not to force the user to approve the app again if they've already done so. If `false` (default), a user who has already approved the application may be automatically redirected to the URI specified by `redirect_uri`. If `true`, the user will not be automatically redirected and will have to approve the app again. |

### Example

A typical request is the `GET` request of the `/authorize` endpoint, followed by the query:

```
client_id=5fe01282e44241328a84e7c5cc169165&response_type=code&redirect_uri=https%3A%2F%2Fexample.com%2Fcallback&scope=user-read-private%20user-read-email&state=34fFs29kd09
```

This query performs a couple of things:

1. The user is asked to authorize access within the scopes.

   The Spotify Accounts service presents details of the scopes for which access is being sought.

   - If the user is not logged in, they are prompted to do so using their Spotify credentials.
   - When the user is logged in, they are asked to authorize access to the data sets defined in the scopes.

2. The user is redirected back to your specified `redirect_uri`.

   After the user accepts, or denies your request, the Spotify Accounts service redirects the user back to your `redirect_uri`. In this example, the redirect address is: `https://example.com/callback`

**If the user accepts your request**, the response query string, for example `https://example.com/callback?code=NApCCg..BkWtQ&state=profile%2Factivity`, contains the following parameters:

| QUERY PARAMETER | VALUE |
| --- | --- |
| code | An authorization code that can be exchanged for an access token. |
| state | The value of the `state` parameter supplied in the request. |

**If the user does not accepted your request or an error has occurred**, the response query string, for example `https://example.com/callback?error=access_denied&state=STATE`, contains the following parameters:

| QUERY PARAMETER | VALUE |
| --- | --- |
| error | The reason authorization failed, for example: "access_denied" |
| state | The value of the `state` parameter supplied in the request. |

## 2. Have your application request refresh and access tokens; Spotify returns access and refresh tokens

When the authorization code has been received, you will need to exchange it with an access token by making a POST request to the Spotify Accounts service, this time to its /api/token endpoint: `POST https://accounts.spotify.com/api/token` The body of this POST request must contain the following parameters encoded in `application/x-www-form-urlencoded` as defined in the OAuth 2.0 specification:

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

**GUIDES**

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

| REQUEST BODY PARAMETER | VALUE |
|---|---|
| grant_type | *Required.* As defined in the OAuth 2.0 specification, this field must contain the value `"authorization_code"`. |
| code | *Required.* The authorization code returned from the initial request to the Account `/authorize` endpoint. |
| redirect_uri | *Required.* This parameter is used for validation only (there is no actual redirection). The value of this parameter must exactly match the value of `redirect_uri` supplied when requesting the authorization code. |

| HEADER PARAMETER | VALUE |
|---|---|
| Authorization | *Required.* Base 64 encoded string that contains the client ID and client secret key. The field must have the format: `Authorization: Basic *<base64 encoded client_id:client_secret>*` |

An alternative way to send the client id and secret is as request parameters (`client_id` and `client_secret`) in the POST body, instead of sending them base64-encoded in the header. On success, the response from the Spotify Accounts service has the status code `200` OK in the response header, and the following JSON data in the response body:

| KEY | VALUE TYPE | VALUE DESCRIPTION |
|---|---|---|
| access_token | string | An access token that can be provided in subsequent calls, for example to Spotify Web API services. |
| token_type | string | How the access token may be used: always "Bearer". |
| scope | string | A space-separated list of scopes which have been granted for this `access_token` |
| expires_in | int | The time period (in seconds) for which the access token is valid. |
| | | A token that can be sent to the Spotify Accounts service in place of an |

| | | |
|---|---|---|
| refresh_token | string | authorization code. (When the access code expires, send a POST request to the authorization code. A new access token will be returned. A new refresh token might be returned too.) |

**GUIDES**

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

An example cURL request and response from the token endpoint will look something like this:

```
curl -H "Authorization: Basic ZjM...zE=" -d grant_type=authorization_code -d code=MQCbtKe...44KN -d redirect_uri=https%3A%2F%2Fwww.foo.com%2Fauth https://accounts.spotify.com/api/token
```

```json
{
    "access_token": "NgCXRK...MzYjw",
    "token_type": "Bearer",
    "scope": "user-read-private user-read-email",
    "expires_in": 3600,
    "refresh_token": "NgAagA...Um_SHo"
}
```

*3. Use the access token to access the Spotify Web API; Spotify returns requested data*

The access token allows you to make requests to the Spotify Web API on a behalf of a user, for example:

```
curl -H "Authorization: Bearer NgCXRK...MzYjw" https://api.spotify.com/v1/me
```

```json
{
    "display_name": "JMWizzler",
    "email": "email@example.com",
    "external_urls": {
        "spotify": "https://open.spotify.com/user/wizzler"
    },
    "href": "https://api.spotify.com/v1/users/wizzler",
    "id": "wizzler",
    "images": [{
        "height": null,
        "url": "https://fbcdn...2330_n.jpg",
        "width": null
    }],
    "product": "premium",
    "type": "user",
    "uri": "spotify:user:wizzler"
}
```

*4. Requesting a refreshed access token; Spotify returns a new access token to your app*

Access tokens are deliberately set to expire after a short time, after which new tokens may be granted by supplying the refresh token originally obtained during the authorization code exchange.

The request is sent to the token endpoint of the Spotify Accounts service:

`POST https://accounts.spotify.com/api/token`

The body of this POST request must contain the following parameters encoded in `application/x-www-form-urlencoded` as defined in the OAuth 2.0 specification:

| REQUEST BODY PARAMETER | VALUE |
|---|---|
| grant_type | *Required*. Set it to `refresh_token` . |
| refresh_token | *Required*. The refresh token returned from the authorization code exchange. |

The header of this POST request must contain the following parameter:

| HEADER PARAMETER | VALUE |
|---|---|
| Authorization | *Required.* Base 64 encoded string that contains the client ID and client secret key. The field must have the format: `Authorization: Basic <base64 encoded client_id:client_secret>` |

## Example

`curl -H "Authorization: Basic ZjM4Zj...Y0MzE=" -d grant_type=refresh_token -d refresh_token=NgAagA...NUm_SHo https://accounts.spotify.com/api/token`

```
{
    "access_token": "NgA6ZcYI...ixn8bUQ",
    "token_type": "Bearer",
    "scope": "user-read-private user-read-email",
    "expires_in": 3600
}
```

## Implicit Grant Flow

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

Implicit grant flow is for clients that are implemented entirely using JavaScript and running in the resource owner's browser. You do not need any server-side code to use it. Rate limits for requests are improved, but there is no refresh token provided. This flow is described in RFC-6749.

**GUIDES**

- App Settings
- Authorization Guide
- Authorization Scopes
- Content Linking Guide
- Track Relinking Guide
- Working With Playlists
- Local Files in Spotify Playlists

| You do | You direct user to Spotify Accounts Service. |
|---|---|
| You get | Access Token. |

The Implicit Grant flow is carried out client-side and does not involve secret keys. The access tokens that are issued are short-lived and there are no refresh tokens to extend them when they expire.



Implicit Grant Flow

### 1. Have your application request authorization

- Redirect the user to the `/authorize` endpoint of the Accounts service:

```
GET https://accounts.spotify.com/authorize
```

The request will include parameters in the query string:

| QUERY PARAMETER | VALUE |
| --- | --- |
| client_id | *Required.* The client ID provided to you by Spotify when you register your application. |
| response_type | *Required.* Set it to "token". |
| redirect_uri | *Required.* The URI to redirect to after the user grants/denies permission. This URI needs to be entered in the URI whitelist that you specify when you register your application. |
| state | *Optional,* but strongly recommended. The state can be useful for correlating requests and responses. Because your `redirect_uri` can be guessed, using a state value can increase your assurance that an incoming connection is the result of an authentication request. If you generate a random string or encode the hash of some client state (e.g., a cookie) in this state variable, you can validate the response to additionally ensure that the request and response originated in the same browser. This provides protection against attacks such as cross-site request forgery. See RFC-6749. |
| scope | *Optional.* A space-separated list of scopes: see Using Scopes. |
| show_dialog | *Optional.* Whether or not to force the user to approve the app again if they've already done so. If false (default), a user who has already approved the application may be automatically redirected to the URI specified by `redirect_uri`. If true, the user will not be automatically redirected and will have to approve the app again. |

## Example

You redirect the user:

```
https://accounts.spotify.com/authorize?client_id=5fe01282e94241328a84e7c5cc169164&redirect_uri=http:%2F%2Fexample.com%2Fcallback&scope=user-read-private%20user-read-email&response_type=token&state=123
```

GUIDES
App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

This performs a couple of actions:

1. The user is asked to authorize access within the scopes. The Spotify Accounts service presents details of the scopes for which access is being sought.
   - If the user is not logged in, they are prompted to do so using their Spotify username and password.
   - When the user is logged in, they are asked to authorize access to the data sets defined in the scopes.
2. The user is redirected back to your specified URI. After the user grants (or denies) access, the Spotify Accounts service redirects the user to the `redirect_uri`. In this example, the redirect address is: `https://example.com/callback`

**If the user grants access**, the final URL will contain a **hash fragment** with the following data encoded as a query string. For example:

`https://example.com/callback#access_token=NwAExz...BV3O2Tk&token_type=Bearer&expires_in=3600&state=123`

| QUERY PARAMETER | VALUE |
| --- | --- |
| access_token | An access token that can be provided in subsequent calls, for example to Spotify Web API services. |
| token_type | Value: "Bearer" |
| expires_in | The time period (in seconds) for which the access token is valid. |
| state | The value of the state parameter supplied in the request. |

**If the user denies access**, access token is not included and the final URL includes a query string `https://example.com/callback?error=access_denied&state=123`, containing the following parameters:

| QUERY PARAMETER | VALUE |
| --- | --- |
| error | The reason authorization failed, for example: "access_denied". |
| state | The value of the state parameter supplied in the request. |

## 2. Use the access token to access the Spotify Web API

The access token allows you to make requests to the Spotify Web API. For example, if you are using jQuery, you would do:

```
$.ajax({
```

GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

```
$.ajax({
    url: 'https://api.spotify.com/v1/me',
    headers: {
        'Authorization': 'Bearer ' + accessToken
    },
    success: function(response) {
        ...
    }
}
```

## Client Credentials Flow

The Client Credentials flow is used in server-to-server authentication. Only endpoints that do not access user information can be accessed. The advantage here in comparison with requests to the Web API made without an access token, is that a higher rate limit is applied.

| You do  | Login with your **Client ID** and **Secret Key**. |
|---------|---------------------------------------------------|
| You get | **Access token**.                                 |

This flow makes it possible to authenticate your requests to the Spotify Web API and to obtain a higher rate limit than you would get without authentication. **Note:** However that this flow does not include **authorization** and therefore cannot be used to access or to manage a user private data. For further information about this flow, see RFC-6749.



GUIDES

App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists



*Client Credentials Flow*

*1. Have your application request authorization*

The request is sent to the `/api/token` endpoint of the Accounts service:

`POST https://accounts.spotify.com/api/token`

The body of this POST request must contain the following parameters encoded in `application/x-www-form-urlencoded` as defined in the OAuth 2.0 specification:

| REQUEST BODY PARAMETER | VALUE |
|---|---|
| grant_type | Required. Set it to `client_credentials`. |

The header of this POST request must contain the following parameter:

| HEADER PARAMETER | VALUE |
|---|---|
| Authorization | Required. Base 64 encoded string that contains the client ID and client secret key. The field must have the format: Authorization: `Basic <base64 encoded client_id:client_secret>` |

**Example**

`curl -X "POST" -H "Authorization: Basic ZjM4ZjAw...WY0MzE=" -d grant_type=client_credentials https://accounts.spotify.com/api/token`

GUIDES
App Settings
Authorization Guide
Authorization Scopes
Content Linking Guide
Track Relinking Guide
Working With Playlists
Local Files in Spotify Playlists

```
{
    "access_token": "NgCXRKc...MzYjw",
    "token_type": "bearer",
    "expires_in": 3600,
}
```

2. Use the access token to access the Spotify Web API

The access token allows you to make requests to the Spotify Web API endpoints that do *not* require user authorization such as the Get a track endpoint, for example:

```
curl -H "Authorization: Bearer NgCXRKc...MzYjw" https://api.spotify.com/v1/tracks/2TpxZ7JUBn3uw46aR7qd6V
```

```
{
  "album" : {
    "album_type" : "album",
    "external_urls" : {
      "spotify" : "https://open.spotify.com/album/6akEvsycLGftJxYudPjmqK"
    },
    "href" : "https://api.spotify.com/v1/albums/6akEvsycLGftJxYudPjmqK",
    "id" : "6akEvsycLGftJxYudPjmqK",
    "images" : [ {
      "height" : 640,
      "url" : "https://i.scdn.co/image/f2798ddab0c7b76dc2d270b65c4f67ddef7f6718",
      "width" : 640
    }, {
      ...
```

# List of scopes

The full list of scopes is in the Authorization Scopes page. Alternatively, each endpoint reference page contains the necessary scope required to perform a particular action.

# Frequently Asked Questions

GUIDES

App Settings

Authorization Guide

Authorization Scopes

Content Linking Guide

Track Relinking Guide

Working With Playlists

Local Files in Spotify Playlists

*I want to interact with the web API and show some data on my website. I see that the endpoints I require authorization, but I don't need/want a login window to pop-up, because I want to grant my own app access to my own playlists once. Is there any way of doing this?*

You basically need an access token and a refresh token issued for your user account. To obtain a pair of access token - refresh token, follow the Authorization Code Flow (if you need a certain scope to be approved) or Client Credentials (if you just need to sign your request, like when fetching a certain playlist). Once you obtain them, you can use your access token and refresh it when it expires without having to show any login form.

*I want to create a quick script to add a new song every day to my playlist. Is there a way I can do this without having to open the browser and log in every day? I could set my user and password in the script.*

The Spotify Web API does not support authorization through username and password. For this use case you would obtain an access token through the Authorization code. See the response above.

*Is there any way to override the HTTP verb such as sending a method=delete query parameter in a GET request?*

The Web API does not support method override at the moment. If you want to consume the API from IE9 and below, using XDomainRequest, which does not support custom headers, you will need to proxy those requests or make them server-side.

---

**DOCS**

General

Web API

Web Playback SDK

iOS SDK

iOS App Remote

Android SDK

Android App Remote

Widgets

**COMMUNITY**

News

Showcase

**USE CASES**

Mobile Apps

Hardware

**SUPPORT**

DASHBOARD

WEB CONSOLE

**DESIGN & BRANDING GUIDELINES**

**LEGAL**

Terms of Service

Third Party Licenses