**EXHIBIT 19**

We use cookies to give you the best online experience. By using our website you agree to our use of cookies in accordance with our cookie policy. Learn more here. (https://www.spotify.com/us/legal/privacy-policy/#cookies) ✕

REPLY (/T5/FORUMS/REPLYPAGE/BOARD-ID/SPOTIFYCONTRIBUTE/MESSAGE-ID/9490)

# 30 day free trial

dergrizzly (/t5/user/viewprofilepage/user-id/483984)

dergrizzly (/t5/user/viewprofilepage/user-id/483984)   /   Newbie   /   2013-07-17 09:02 PM

**Hi. I was wondering, about free trial.**



\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**I can't use that free trial. Because of payment.**



--------------------

And I haven't started free trial yet.. But as you can see the payment won't letting me to start free trial. I've just used 48 hours of premium on the phone.

What should I do? I really want this 30 days trial.

## Solved! Go to Solution. (/t5/Newcomers-and-Contribution/30-day-free-trial/m-p/685798#M14789)

Eve

| ryone's Tags (4): | 30 days (/t5/tag/30%20days/tg-p/board-id/spotifycontribute) / free (/t5/tag/free/tg-p/board-id/spotifycontribute) / help (/t5/tag/%20help/tg-p/board-id/spotifycontribute) / Trial (/t5/tag/%20Trial/tg-p/board-id/spotifycontribute) | View All (4) (/t5/forums/tagdetailpage/tag-cloud-grouping/tag/tag-cloud-style/frequent/message-scope/single/board-id/spotifycontribute/message-id/9490/user-scope/all/tag-scope/all/timerange/all/tag-visibility-scope/all) |
|---|---|---|

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/9490)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOENTI

# Solution

…

1 person liked this

 (/t5/user/viewprofilepage/user-id/111097)   Peter (/t5/user/viewprofilepage/user-id/111097) / Community Legend   /   2014-02-14 07:12 PM

Spotify charge you $0 to prove the card exists, however some banks decline that transaction. Have you tried linking the card to PayPal and using PayPal instead?

**Peter**

Spotify Community Mentor and Troubleshooter

Spotify (http://open.spotify.com/user/hammeh) Last.FM (http://www.last.fm/user/The_Wee_Ham) Twitter (https://twitter.com/Peter_Doggart) LinkedIn (http://uk.linkedin.com/in/pdoggart/) Meet Peter (http://spoti.fi/meetpeter) Rock Star Jam 2014 (http://bit.ly/1rVlg8M)

If this post was helpful, please add kudos below!

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/14789)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOENTI

PREVIOUS    1

2 (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE/BOARD-ID/SPOTIFYCONTRIBUTE/THREAD-ID/9490/PAGE/2)

NEXT

# 13 Replies

 (/t5/user/viewprofilepage/user-id/258708)

Taylor (/t5/user/viewprofilepage/user-id/258708)  /  Community Legend  /  2013-07-17 09:06 PM

Hi, and welcome to the community!

Unfortunately, the 30 day trial requires payment information to be added as far as I know. If you have details, I suggest you input them, but then you can cancel your 'subscription' so you won't ever be charged when the trial runs out.

Anthony :)

> This post was by Taylor - **I do not work for Spotify!**
> If this solved your issue - **Mark it as a solution!** If you like my post - **Please add Kudos!**
> || **Spotify Profile -** Taylor (http://open.spotify.com/user/1126844910)  | **Feel free to PM me -** Here (https://community.spotify.com/t5/notes/privatenotespage/tab/compose/note-to-user-id/258708) ||

**Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/9495)**

**+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE**

 **(/t5/user/viewprofilepage/user-id/111097)**

Peter (/t5/user/viewprofilepage/user-id/111097)  /  Community Legend  /  2013-07-17 09:07 PM

Hey! Welcome to the community :)

The 30 day free trial is the first month of a rolling monthly subscription, so you do need to enter your billing details to claim that free 30 days (its the first month of the subscription charged at $0.00).

Peter

**Peter**

Spotify Community Mentor and Troubleshooter

Spotify (http://open.spotify.com/user/hammeh) Last.FM (http://www.last.fm/user/The_Wee_Ham) Twitter (https://twitter.com/Peter_Doggart) LinkedIn (http://uk.linkedin.com/in/pdoggart/) Meet Peter (http://spoti.fi/meetpeter) Rock Star Jam 2014 (http://bit.ly/1rVlg8M)

If this post was helpful, please add kudos below!

| Everyone's Tags (2): | **free trial (/t5/tag/free%20trial/tg-p/board-id/spotifycontribute)**  /  **premium trial (/t5/tag/premium%20trial/tg-p/board-id/spotifycontribute)** | View All (2) (/t5/forums/tagdetailpage/tag-cloud-grouping/tag/tag-cloud-style/frequent/message-scope/single/board-id/spotifycontribute/message-id/9492/user-scope/all/tag-scope/all/timerange/all/tag-visibility-scope/all) |
|---|---|---|

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/9492)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE



(/t5/user/viewprofilepage/user-id/659868)

millerck1225 (/t5/user/viewprofilepage/user-id/659868)  /  Newbie  /  2014-02-14 07:08 PM

I entered my payment info (which I know should work), but it just keeps saying that my payment failed. On a $0 charge! what should I do?

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/14788)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE



(/t5/user/viewprofilepage/user-id/111097)

Peter (/t5/user/viewprofilepage/user-id/111097)  /  Community Legend  /  2014-02-14 07:12 PM

Spotify charge you $0 to prove the card exists, however some banks decline that transaction. Have you tried linking the card to PayPal and using PayPal instead?

**Peter**

Spotify Community Mentor and Troubleshooter

Spotify (http://open.spotify.com/user/hammeh)  Last.FM

(http://www.last.fm/user/The_Wee_Ham) Twitter (https://twitter.com/Peter_Doggart) LinkedIn (http://uk.linkedin.com/in/pdoggart/) Meet Peter (http://spoti.fi/meetpeter) Rock Star Jam 2014 (http://bit.ly/1rVlg8M)

If this post was helpful, please add kudos below!

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/14789)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE

(/t5/user/viewprofilepage/user-id/781243)

nitschie2912 (/t5/user/viewprofilepage/user-id/781243)  /  Regular  /  2014-07-02 01:52 PM

hey, I have a problem, too with the trial thing,

I put in payment information and everything but when I click ok it always says wrong password although I'm already logged in on my account.

Who can help, please!?

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/17589)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE

(/t5/user/viewprofilepage/user-id/111097)

Peter (/t5/user/viewprofilepage/user-id/111097)  /  Community Legend  /  2014-07-03 04:55 PM

@nitschie2912 (/t5/user/viewprofilepage/user-id/781243) - Are you definitely using the correct password? It is possible to have two passwords you need to use Spotify, one to log in using your Facebook details and another which is the password for your real Spotify account (which has a Spotify username).

**Peter**

Spotify Community Mentor and Troubleshooter

Spotify (http://open.spotify.com/user/hammeh) Last.FM (http://www.last.fm/user/The_Wee_Ham) Twitter (https://twitter.com/Peter_Doggart) LinkedIn (http://uk.linkedin.com/in/pdoggart/) Meet Peter (http://spoti.fi/meetpeter) Rock Star Jam 2014 (http://bit.ly/1rVlg8M)

If this post was helpful, please add kudos below!

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/17629)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE

 (/t5/user/viewprofilepage/user-id/781243)

nitschie2912 (/t5/user/viewprofilepage/user-id/781243)  /  Regular  /  2014-07-07 03:49 PM

@Peter

Yes, I am sure that I'm using the right password, because I don't have spotify connected to my facebook account.

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/17737)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE

 (/t5/user/viewprofilepage/user-id/111097)

Peter (/t5/user/viewprofilepage/user-id/111097)  /  Community Legend  /  2014-07-07 05:25 PM

I would suggest requesting a password reset by entering your username (not your email address) on this page:

https://www.spotify.com/password-reset/ (https://www.spotify.com/password-reset/)

Then try again?

**Peter**

Spotify Community Mentor and Troubleshooter

Spotify (http://open.spotify.com/user/hammeh) Last.FM (http://www.last.fm/user/The_Wee_Ham) Twitter (https://twitter.com/Peter_Doggart) LinkedIn (http://uk.linkedin.com/in/pdoggart/) Meet Peter (http://spoti.fi/meetpeter) Rock Star Jam 2014 (http://bit.ly/1rVlg8M)

If this post was helpful, please add kudos below!

Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/17745)

+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE

 (/t5/user/viewprofilepage/user-id/808805)

asteriks74 (/t5/user/viewprofilepage/user-id/808805)  /  Casual Listener  /  2014-08-09 08:45 PM

Hi,

i'm having the same problem as you can see

i've just one password

i've just made a new account few minutes ago because of the 1 month free trial

id' lik eto pay with my paypal account



[Reply (/t5/forums/replypage/board-id/spotifycontribute/message-id/18335)]

[+ Likes (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE.KUDOSBUTTONV2.KUDOE]

PREVIOUS   **1**

[2 (HTTPS://COMMUNITY.SPOTIFY.COM/T5/FORUMS/V3_1/FORUMTOPICPAGE/BOARD-ID/SPOTIFYCONTRIBUTE/THREAD-ID/9490/PAGE/2)]

NEXT

## SUGGESTED POSTS

# Charged twice per month (/t5/Accounts/Charged-twice-per-month/m-p/48207#M28327)

✓ 501 Replies  /

Last update: 2016-06-30 (/t5/Accounts/Charged-twice-per-month/m-p/1382259#M210368)

# How to change Premium subscription (/t5/Accounts/How-to-change-Premium-subscription/m-p/604146#M77989)

✓ 420 Replies /

Last update: 2018-03-27 (/t5/Accounts/How-to-change-Premium-subscription/m-p/4432882#M1490175)

# I have full internet connection, but it says I'm o... (/t5/Desktop-Windows/I-have-full-internet-connection-but-it-says-I-m-offline/m-p/42499#M2184)

✓ 440 Replies /

Last update: 2018-05-10 (/t5/Desktop-Windows/I-have-full-internet-connection-but-it-says-I-m-offline/m-p/4478619#M58724)

powered by Lithium (https://www.lithium.com/powered-by-lithium)

COMPANY

About (https://www.spotify.com/about-us/contact/)

Jobs (https://www.spotify.com/jobs/)

Press (https://press.spotify.com/)

News (https://news.spotify.com/)

COMMUNITIES

Artists (https://www.spotifyartists.com/)

Developers (https://developer.spotify.com/)

Brands (https://www.spotify.com/brands/)

USEFUL LINKS

Help (https://support.spotify.com)

Gift (https://www.spotify.com/purchase/ecards/)

(https://instagram.com/spotify)     (https://twitter.com/spotify)

(https://www.facebook.com/Spotify)

© 2018 Spotify AB