**EXHIBIT 30**

US009529888B2

(12) **United States Patent**
Hoffert et al.

(10) Patent No.: **US 9,529,888 B2**
(45) Date of Patent: **Dec. 27, 2016**

(54) **SYSTEM AND METHOD FOR EFFICIENTLY PROVIDING MEDIA AND ASSOCIATED METADATA**

(71) Applicant: **Spotify AB**, Stockholm (SE)

(72) Inventors: **Eric Hoffert**, South Orange, NJ (US);
**Ludvig Strigeus**, Gothenburg (SE);
**Andreas Oman**, Stockhom (SE)

(73) Assignee: **SPOTIFY AB**, Stockholm (SE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 329 days.

(21) Appl. No.: **14/134,950**

(22) Filed: **Dec. 19, 2013**

(65) **Prior Publication Data**
US 2015/0088890 A1    Mar. 26, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/881,353, filed on Sep. 23, 2013.

(51) **Int. Cl.**
*G06F 17/30*        (2006.01)

(52) **U.S. Cl.**
CPC ..... *G06F 17/30598* (2013.01); *G06F 17/3002* (2013.01)

(58) **Field of Classification Search**
CPC ...................... G06F 17/30598; G06F 17/3002
USPC ....................................................... 707/737
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,682,207 A | 10/1997 | Takeda et al. | |
| 5,896,128 A | 4/1999 | Boyer | |
| 6,208,354 B1 | 3/2001 | Porter | |
| 6,384,869 B1 | 5/2002 | Sciammarella et al. | |
| 6,590,618 B1 | 7/2003 | Park et al. | |
| (Continued) | | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1672923 A1 | 6/2006 |
| EP | 1775953 A1 | 4/2007 |
| (Continued) | | |

OTHER PUBLICATIONS

Hoffert, Office Action U.S. Appl. No. 14/165,518, Feb. 11, 2016, 15 pgs.

(Continued)

*Primary Examiner* — Jensen Hu
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

An electronic device with one or more processors, memory and a display receives a file header for a file corresponding to a plurality of clusters, where the file header includes a cluster index. The device receives a request to seek to a respective position within the file and, in response to receiving the request: identifies a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index; obtains a cluster header associated with the cluster based on information retrieved from the cluster index, where the cluster header includes a content index; and after obtaining the cluster header, identifies respective content within the cluster corresponding to the respective position based on the content index. The device provides at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content.

**18 Claims, 18 Drawing Sheets**



US 9,529,888 B2

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,671,453 | B2 | 12/2003 | Yagura et al. |
| 6,804,824 | B1 | 10/2004 | Potrebic et al. |
| 6,919,929 | B1 | 7/2005 | Iacobelli et al. |
| 7,165,070 | B2 | 1/2007 | Marking |
| 7,519,223 | B2 | 4/2009 | Dehlin et al. |
| 7,797,713 | B2 | 9/2010 | Dawson et al. |
| 8,146,019 | B2 | 3/2012 | Kim et al. |
| 8,214,619 | B1 | 7/2012 | Connolly |
| 8,340,654 | B2 | 12/2012 | Bratton |
| 8,341,681 | B2 | 12/2012 | Walter et al. |
| 8,434,006 | B2 | 4/2013 | Profitt |
| 8,532,464 | B2 | 9/2013 | Randall |
| 8,564,728 | B2 | 10/2013 | Petersson et al. |
| 8,606,954 | B1 | 12/2013 | Abidogun et al. |
| 8,683,377 | B2 | 3/2014 | Zuverink et al. |
| 8,736,557 | B2 | 5/2014 | Chaudhri |
| 8,908,110 | B2 | 12/2014 | Yamashita et al. |
| 9,032,412 | B1 | 5/2015 | Davidson et al. |
| 9,071,798 | B2 | 6/2015 | Hoffert et al. |
| 2001/0003846 | A1 | 6/2001 | Rowe et al. |
| 2002/0089587 | A1 | 7/2002 | White et al. |
| 2002/0116701 | A1 | 8/2002 | Asada et al. |
| 2003/0212694 | A1* | 11/2003 | Potapov ............ G06F 17/30492 |
| 2004/0003399 | A1 | 1/2004 | Cooper |
| 2004/0221306 | A1 | 11/2004 | Noh |
| 2005/0114885 | A1 | 5/2005 | Shikata et al. |
| 2005/0138658 | A1 | 6/2005 | Bryan |
| 2005/0193015 | A1* | 9/2005 | Logston ............ G06F 17/30058 |
| 2005/0234992 | A1 | 10/2005 | Haberman |
| 2006/0015904 | A1 | 1/2006 | Marcus |
| 2006/0061688 | A1 | 3/2006 | Choi |
| 2006/0074973 | A1* | 4/2006 | Platt ................. G06F 17/30038 |
| 2006/0075428 | A1 | 4/2006 | Farmer et al. |
| 2006/0106751 | A1* | 5/2006 | Andre .............. G06F 17/30067 |
| 2006/0155952 | A1 | 7/2006 | Haas et al. |
| 2006/0159184 | A1 | 7/2006 | Jang |
| 2006/0168284 | A1* | 7/2006 | Holthe ............. G06F 17/30038 709/231 |
| 2006/0184554 | A1* | 8/2006 | Albert .............. G06F 17/30265 |
| 2006/0245605 | A1 | 11/2006 | Matsunaga |
| 2006/0282864 | A1 | 12/2006 | Gupte |
| 2007/0028270 | A1 | 2/2007 | Ostojic et al. |
| 2007/0067815 | A1 | 3/2007 | Bowen et al. |
| 2007/0083911 | A1 | 4/2007 | Madden et al. |
| 2007/0169156 | A1 | 7/2007 | Zeng |
| 2007/0263066 | A1 | 11/2007 | Henning et al. |
| 2008/0027985 | A1* | 1/2008 | Kasperkiewicz . G06F 17/30241 |
| 2008/0033928 | A1 | 2/2008 | Caruso ................ G06F 17/3002 |
| 2008/0056273 | A1 | 3/2008 | Pelletier et al. |
| 2008/0074550 | A1 | 3/2008 | Park |
| 2008/0126294 | A1 | 5/2008 | Ray |
| 2008/0126919 | A1 | 5/2008 | Uskali et al. |
| 2008/0155459 | A1 | 6/2008 | Ubillos |
| 2008/0242280 | A1 | 10/2008 | Shapiro et al. |
| 2008/0244092 | A1 | 10/2008 | Kosaka |
| 2008/0252490 | A1* | 10/2008 | Chiluk ................. H04N 21/235 341/3 |
| 2008/0294691 | A1* | 11/2008 | Chang ............... G06F 17/30038 |
| 2008/0317278 | A1* | 12/2008 | Lefebvre ............ G06F 17/30799 382/100 |
| 2009/0010324 | A1 | 1/2009 | Yamamoto |
| 2009/0046545 | A1 | 2/2009 | Blinnikka |
| 2009/0055506 | A1 | 2/2009 | Hudson et al. |
| 2009/0100380 | A1 | 4/2009 | Gardner et al. |
| 2009/0119594 | A1 | 5/2009 | Hannuksela |
| 2009/0132599 | A1 | 5/2009 | Soroushian et al. |
| 2009/0136216 | A1 | 5/2009 | Soroushian ........ H04N 21/4325 386/248 |
| 2009/0195515 | A1 | 8/2009 | Lee |
| 2009/0198827 | A1 | 8/2009 | Hughes |
| 2009/0235170 | A1 | 9/2009 | Golden |
| 2009/0297123 | A1 | 12/2009 | Virdi et al. |
| 2010/0049864 | A1 | 2/2010 | Lu et al. |
| 2010/0066918 | A1 | 3/2010 | Gupta et al. |
| 2010/0077441 | A1 | 3/2010 | Thomas et al. |

| | | | |
|---|---|---|---|
| 2010/0153999 | A1 | 6/2010 | Yates |
| 2010/0162180 | A1 | 6/2010 | Dunnam et al. |
| 2010/0175026 | A1 | 7/2010 | Bortner et al. |
| 2010/0180297 | A1 | 7/2010 | Levine et al. |
| 2010/0191859 | A1 | 7/2010 | Raveendran |
| 2010/0235733 | A1 | 9/2010 | Drislane et al. |
| 2010/0235746 | A1 | 9/2010 | Anzures |
| 2010/0287586 | A1 | 11/2010 | Walter et al. |
| 2010/0306401 | A1 | 12/2010 | Gilson |
| 2010/0332453 | A1 | 12/2010 | Prahlad |
| 2011/0029874 | A1 | 2/2011 | Profitt |
| 2011/0066703 | A1 | 3/2011 | Kaplan et al. |
| 2011/0090402 | A1 | 4/2011 | Huntington et al. |
| 2011/0119611 | A1 | 5/2011 | Ahn et al. |
| 2011/0119711 | A1 | 5/2011 | Marshall et al. |
| 2011/0119712 | A1 | 5/2011 | Choi et al. |
| 2011/0242002 | A1 | 10/2011 | Kaplan et al. |
| 2011/0252183 | A1 | 10/2011 | Cho |
| 2011/0289139 | A1 | 11/2011 | Mcintosh et al. |
| 2011/0289534 | A1 | 11/2011 | Jordan et al. |
| 2011/0296351 | A1 | 12/2011 | Ewing, Jr. et al. |
| 2012/0030619 | A1 | 2/2012 | Lee et al. |
| 2012/0054679 | A1 | 3/2012 | Ma et al. |
| 2012/0079429 | A1 | 3/2012 | Stathacopoulos et al. |
| 2012/0110043 | A1* | 5/2012 | Cavet ................ G06F 17/30781 707/825 |
| 2012/0131459 | A1 | 5/2012 | Ilama-Vaquero et al. |
| 2012/0137216 | A1 | 5/2012 | Choi |
| 2012/0141095 | A1 | 6/2012 | Schwesinger et al. |
| 2012/0158802 | A1 | 6/2012 | Lakshmanan et al. |
| 2012/0170903 | A1 | 7/2012 | Shirron et al. |
| 2012/0180090 | A1 | 7/2012 | Yoon et al. |
| 2012/0182384 | A1 | 7/2012 | Anderson et al. |
| 2012/0204106 | A1 | 8/2012 | Hill et al. |
| 2012/0213295 | A1 | 8/2012 | Quere et al. |
| 2012/0216117 | A1 | 8/2012 | Arriola et al. |
| 2012/0221950 | A1 | 8/2012 | Chao et al. |
| 2012/0254793 | A1 | 10/2012 | Briand et al. |
| 2012/0254926 | A1 | 10/2012 | Takahashi et al. |
| 2012/0257120 | A1 | 10/2012 | Nakai |
| 2012/0290933 | A1 | 11/2012 | Rajaraman et al. |
| 2012/0311444 | A1 | 12/2012 | Chaudhri |
| 2012/0323917 | A1 | 12/2012 | Mercer et al. |
| 2013/0016129 | A1 | 1/2013 | Gossweiler Iii et al. |
| 2013/0061045 | A1 | 3/2013 | Kiefer et al. |
| 2013/0080895 | A1 | 3/2013 | Rossman et al. |
| 2013/0132605 | A1 | 5/2013 | Kocks et al. |
| 2013/0145268 | A1 | 6/2013 | Kukulski |
| 2013/0152129 | A1 | 6/2013 | Alberth et al. |
| 2013/0179925 | A1 | 7/2013 | Woods et al. |
| 2013/0216201 | A1* | 8/2013 | Seligmann ............. H04N 5/783 386/241 |
| 2013/0222274 | A1 | 8/2013 | Mori et al. |
| 2013/0236158 | A1 | 9/2013 | Lynch et al. |
| 2013/0263047 | A1 | 10/2013 | Allen et al. |
| 2013/0265501 | A1 | 10/2013 | Murugesan et al. |
| 2013/0275924 | A1 | 10/2013 | Weinberg et al. |
| 2013/0279375 | A1 | 10/2013 | Newberg |
| 2013/0282917 | A1 | 10/2013 | Reznik et al. |
| 2013/0283154 | A1 | 10/2013 | Sasakura |
| 2013/0293454 | A1 | 11/2013 | Jeon et al. |
| 2013/0305307 | A1 | 11/2013 | Nagahama |
| 2013/0307792 | A1 | 11/2013 | Andres et al. |
| 2013/0309986 | A1 | 11/2013 | Cox et al. |
| 2013/0332835 | A1 | 12/2013 | Mace |
| 2013/0346867 | A1 | 12/2013 | Woods et al. |
| 2014/0032781 | A1 | 1/2014 | Casey et al. |
| 2014/0059479 | A1 | 2/2014 | Hamburg et al. |
| 2014/0082497 | A1 | 3/2014 | Chalouhi et al. |
| 2014/0098140 | A1 | 4/2014 | Tran et al. |
| 2014/0108929 | A1 | 4/2014 | Garmark et al. |
| 2014/0114985 | A1 | 4/2014 | Mok et al. |
| 2014/0143725 | A1 | 5/2014 | Lee |
| 2014/0157124 | A1 | 6/2014 | Roberts et al. |
| 2014/0164984 | A1 | 6/2014 | Farouki |
| 2014/0173027 | A1 | 6/2014 | Kappes |
| 2014/0176479 | A1 | 6/2014 | Wardenaar |
| 2014/0178047 | A1 | 6/2014 | Apodaca et al. |
| 2014/0185466 | A1 | 7/2014 | Syed et al. |

**US 9,529,888 B2**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2014/0215303 A1 | 7/2014 | Grigorovitch |
| 2014/0280433 A1 | 9/2014 | Messerli |
| 2014/0282281 A1 | 9/2014 | Ram et al. |
| 2015/0006662 A1 | 1/2015 | Braness |
| 2015/0089075 A1 | 3/2015 | Strigeus |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2469841 A1 | 6/2012 |
| WO | WO 2004/019530 A1 | 3/2004 |
| WO | WO 2009/088952 A1 | 7/2009 |
| WO | WO 2011/095693 A1 | 8/2011 |
| WO | WO 2013/022486 A1 | 2/2013 |

OTHER PUBLICATIONS

Hoffert, Office Action U.S. Appl. No. 14/133,358, Mar. 3, 2016, 21 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/222,299, Nov. 28, 2014, 45 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,514, Mar. 3, 2015, 19 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,513, Mar. 27, 2015, 16 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,512, Mar. 2, 2015, 6 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,517, Apr. 28, 2015, 6 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,507, Mar. 16, 2015, 17 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/222,299, Apr. 13, 2015, 8 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,508, Mar. 2, 2015, 7 pgs.
ISO/IEC 14496-12, Oct. 1, 2005, International Standard, ISO/IEC, XP55178146, 94 pgs.
Siglin, "Unifying Global Video Strategies, MP4 File Fragmentation for Broadcast, Mobile and Web Delivery," A Transitions in Technology White Paper, Nov. 16, 2011, 16 pgs.
Spotify AB, International Search Report and Written Opinion, PCT/IB/2014/002831, Mar. 19, 2015, 11 pgs.
Spotify AB, Invitation to Pay Additional Fees and Partial Search Report, PCT/IB/2014002726, Mar. 31, 2015, 8 pgs.
Zambelli, Alex, "IIS Smooth Streaming Technical Overview," Mar. 1, 2009, Microsoft Corporation, downloaded from http://dfpcorec-p.international.epo.org/wf/storage/14C3247F2EA000308DF/originalPdf, 8 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,514, Nov. 20, 2015, 20 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,514, Aug. 21, 2015, 20 pgs.
Hoffert, Office Action U.S. Appl. No. 14/133,333, Sep. 15, 2015, 20 pgs.
Hoffert, Office Action U.S. Appl. No. 14/133,340, Sep. 15, 2015, 19 pgs.
Strigeus, Office Action, U.S. Appl. No. 14/135,217, Aug. 26, 2015, 19 pgs.
Strigeus, Office Action, U.S. Appl. No. 14/135,230, Oct. 1, 2015, 15 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,508, Jan. 5, 2015, 24 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,508, Sep. 22, 2014, 24 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,514, Oct. 23, 2014, 23 pgs.

Hoffert, Final Office Action U.S. Appl. No. 14/165,513, Nov. 7, 2014, 14 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,512, Oct. 14, 2014, 5 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,517, Oct. 7, 2014, 7 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,507, Oct. 22, 2014, 20 pgs.
Spotify AB, Invitation to Pay Additional Fees and Partial ISR, PCT/US2014/042571, Sep. 24, 2014, 6 pgs.
Spotify AB, International Preliminary Report on Patentability, PCT/US2014/042571, Dec. 22, 2015, 12 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,508, Apr. 21, 2014, 17pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,514, May 9, 2014, 21 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,512, May 28, 2014, 19 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,517, May 28, 2014, 18 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,507, May 14, 2014, 18 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,513, Jun. 6, 2014, 13 pgs.
Hoffert, Office Action U.S. Appl. No. 14/222,299, Jul. 3, 2014, 35 pgs.
Hoffert, Notice of Allowance, U.S. Appl. No. 14/165,517, Jan. 21, 2015, 6 pgs.
Spotify AB, International Search Report, PCT/US2014/042571, Dec. 12, 2014, 6 pgs.
Hoffert, Office Action U.S. Appl. No. 14/165,513, Mar. 18, 2016, 17 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/133,340, Apr. 6, 2016, 21 pgs.
Hoffert, Office Action U.S. Appl. No. 14/805,323, Apr. 20, 2016, 6 pgs.
Hoffert, Office Action U.S. Appl. No. 14/743,684, Apr. 14, 2016, 7 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,514, Jun. 1, 2016, 21 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,518, Jun. 7, 2016, 14 pgs.
Hoffert, Office Action U.S. Appl. No. 14/133,352, May 31, 2016, 23 pgs.
Hoffert, Office Action U.S. Appl. No. 14/135,225, Apr. 22, 2016, 25 pgs.
Spotify AB, International Preliminary Report on Patentability, PCT/IB/2014/002831, Apr. 19, 2016, 8 pgs.
Spotify AB, Communication Pursuant to Rules 161(1) and 162, EP14828273-4, May 23, 2016, 2 pgs.
Spotify AB, Communication Pursuant to Rules 161(1) and 162, EP14831065.9, Jun. 3, 2016, 2 pgs.
Strigeus, Final Office Action, U.S. Appl. No. 14/135,217, May 20, 2016, 11 pgs.
Strigeus, Final Office Action, U.S. Appl. No. 14/135,230, Jun. 1, 2016, 16 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,513, Jul. 16, 2015, 16 pgs.
Spotify AB, International Search Report and Written Opinion, PCT/IB2014/002726, Jun. 8, 2015, 20 pgs.
Hoffert, Notice of Allowance U.S. Appl. No. 14/165,518, Jun. 7, 2016, 8 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/165,513, Aug. 11, 2016, 16 pgs.
Hoffert, Office Action U.S. Appl. No. 14/720,525, Aug. 22, 2016, 17 pgs.
Hoffert, Office Action U.S. Appl. No. 14/743,694, Aug. 24, 2016, 6 pgs.
Hoffert, Notice of Allowance, U.S. Appl. No. 14/805,323, 9 pgs.
Hoffert, Notice of Allowance, U.S. Appl. No. 14/743,684, 8 pgs.
Hoffert, Final Office Action U.S. Appl. No. 14/135,225, 33 pgs.

* cited by examiner



**Figure 1A**



Figure 1B



**Figure 2**

**Server System**

**120-1**



**Figure 3**



**Figure 4A**

**Segment Source**
**Table 440**

| Segment ID 420-1 | S1 | S5 | S9 | S22 |
|---|---|---|---|---|
| Segment ID 420-2 | S1 | S2 | S13 | S37 |
| ••• | | | | |
| Segment ID 420-n | S4 | S6 | S8 | S10 |

**Figure 4B**



| Segment 1 | File Header 402 | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|---|---|

| Segment 2 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 |
|---|---|---|---|---|---|---|---|---|

| Segment 3 | C17 | C18 | C19 | C20 | C21 | C22 | C23 | C24 |
|---|---|---|---|---|---|---|---|---|

**Figure 4C**



500
INPUT/DISPLAY
CLIENT DEVICE
SOURCE
502
User Input
Timestamp
504
Cluster Index
Byte Offset determined from Offset Info (e.g., Size, Size Delta, Offset, etc.)
506
Segment Index
Segment ID (SHA-1 Hash) identified using Byte Offset
508
Source Information
Segment ID and Address
510
Request Processor
Segment and Destination Address
512
Response Generator
514
Timestamp
Cluster Index
Segment (including one or more Clusters)
Byte Offset of Cluster (Keyframe)
516
Timestamp
Cluster Header
Byte Offset of Requested Frame (at Timestamp)
520
518
Display Frame
Frame Data
Frame Data (e.g., Group of Frames and Timestamp)

Figure 5



**First Information 600**

**Figure 6A**



**Second Information 650**

**Figure 6B**



**Figure 6C**

700
Obtain a file header for a file that corresponds to a plurality of clusters, where the file header includes a cluster index that enables coarse searching within the file
702
The file header is obtained in response to a request for content associated with the file
704
The cluster index does not include information that enables fine searching within the file
706
The file header and/or the file omit respective omitted information that is necessary for extracting content from the file
708
The respective omitted information was removed from the file header and/or the file before the file header was obtained by the electronic device.
Prior to providing the portion of content corresponding to the file to the presentation device for presentation to the user:
Generate the respective information based on the file header and/or the file; and
Add the omitted information into the file header and/or file
710
The respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information is duplicative of information that was included elsewhere in the file header and/or the file
712
The respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information describes aspects of the content corresponding to the file that are already known to the electronic device
714
A

Figure 7A



Obtain a file header for a file that corresponds to a plurality of clusters, where the file header includes a cluster index that enables coarse searching within the file ⌐702

Ⓐ

The file header is compressed.

Prior to using the cluster index, decompress the file header and identify the cluster index in the decompressed file header. ⌐716

The plurality of clusters have a predefined size ⌐718

A first cluster of the plurality of clusters has a first size; and A second cluster of the plurality of clusters has a second size different from the first size ⌐720

A size of the cluster index increases over time ⌐722

The file header includes a respective number that is stored as a non-floating point number; and The respective number was converted from a floating point number to a non-floating point number based on a determination that a non-floating point representation of the respective number was below a predefined size ⌐724

The file header further includes a global header that provides content descriptive information that enables the device to prepare content of the file to the user ⌐726

Ⓑ
⋮

**Figure 7B**



Obtain a file header for a file that corresponds to a plurality of clusters, where the file header includes a cluster index that enables coarse searching within the file
702
B
The file is divided into a plurality of segments;
A respective segment of the plurality of segments includes multiple sequential clusters from the plurality of clusters; and
The file header further includes a segment index that enables the device to identify a respective segment that includes requested content
728
The plurality of segments of the file are distributed among a plurality of sources, and the first segment is available from a plurality of different sources
730
The plurality of segments for the file include one or more cluster-aligned segments that each include an integer number of clusters greater than or equal to one
732
A first segment of the plurality of segments includes a first set of N clusters, and a second segment of the plurality of segments includes a second set of M clusters, where the clusters in the first set of N clusters are distinct from the clusters in the second set of M clusters
734
Receive a request to seek to a respective position within the file
736
In response to receiving the request:
738
Identify a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index
740
C

Figure 7C



In response to receiving the request:
C
738
Obtain a cluster header associated with the cluster based on information retrieved from the cluster index, where the cluster header includes a content index that enables fine searching within the cluster
742
The content index in the cluster header for the cluster includes a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content. The second content entry includes information that identifies a position of the second content based on a distance between corresponding portions of the first content and the second content. The third content entry includes information that identifies a position of the third content based on a distance between corresponding portions of the second content and the third content
744
The content index in the cluster header for the cluster includes a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content. The third content entry includes information that identifies a position of the third content based on a difference between:
A distance between corresponding portions of the first content and the second content; and
A distance between corresponding portions of the second content and the third content
746
The content index for the cluster includes: an overall size of the cluster; a plurality of entries for corresponding content that include information from which sizes of corresponding content can be determined; and a respective entry for respective content that does not include information from which a size of the respective content can be determined.
Determine a size of the respective content based on the overall size of the cluster and the sizes of the content corresponding to the plurality of entries in the cluster other than the respective entry.
748
D

Figure 7D



In response to receiving the request:
738
D
Obtain cluster data associated with the cluster
750
The cluster header is obtained in a first location. The cluster data is obtained from one or more locations different from the first location
752
When the file is divided into a plurality of segments and the file header includes a segment index, obtaining the cluster data includes: identifying, based on information retrieved from the cluster index, a position of the cluster data in the file; identifying, in the segment index, a first segment that includes the cluster data; obtaining the first segment; and identifying the cluster data in the first segment
754
Obtaining the first segment includes requesting the first segment from a first source using an identifier of the first segment retrieved from the segment index
756
The identifier of the first segment includes a cryptographic hash
758
After obtaining the first segment, obtain a second segment, where:
When the file corresponds to on-demand content, the second segment is obtained from a respective source selected from a source table that includes a plurality of sources from which the second segment is available; and
When the file corresponds to live content, the second segment is obtained from the first source
760
After obtaining the cluster header, identify respective content within the cluster that corresponds to the respective position based on the content index
762
E

Figure 7E



E
The file includes one or more encrypted portions including a respective encrypted portion.
Before providing the portion of content corresponding to the file to the presentation device for presentation to a user, decrypt the respective encrypted portion.
763
After identifying the respective content, provide at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content
764
The file header is obtained from a first location. The content corresponding to the file is obtained from a second location distinct from the first location.
766
The file includes video data. A respective cluster of the plurality of clusters corresponds to a group of frames with a respective keyframe. The respective content corresponds to one or more frames in the video data
770
The file includes audio data. A respective cluster of the plurality of clusters corresponds to a group of audio samples or audio frames. The respective content corresponds to one or more audio samples or audio frames in the audio data
772

Figure 7F



800
Obtain content-access information that enables distribution of content to a plurality of clients having different file format processing capabilities
802
Provide to a first client, having first file format processing capabilities, first information that enables the first client to access respective content in a first file format
804
The first information identifies a first set of file portions that can be combined to generate the respective content in the first file format
806
Provide to a second client, having second file format processing capabilities, second information that enables the second client to access respective content in a second file format different from the first file format
808
The second information identifies a second set of file portions that can be combined to generate the respective content in the second file format
810
The second set of file portions includes one or more shared file portions that are included in the first set of file portions
812
The first file format provides functionality that is not provided by the second file format
814
The second file format provides functionality that is not provided by the first file format
816
A

Figure 8A



Provide to a second client, having second file format processing capabilities, second information that enables the second client to access respective content in a second file format different from the first file format ⟋808

(A)

The first set of file portions and the second set of file portions are distributed among a plurality of computing devices in a media delivery system ⟋818

A leading portion in the first set of file portions is different from a leading portion of the second set of file portions ⟋820

The leading portion of the first set of file portions is followed by a set of shared file portions in a respective file order. The leading portion of the second set of file portions is followed by the set of shared file portions in the respective order. ⟋822

The leading portion of the second set of file portions includes respective metadata that is not included in the leading portion of the first set of file portions ⟋824

The respective metadata is appended to a beginning of the leading portion of the second set of file portions ⟋826

The second information has a file header that includes information that enables coarse searching within the file ⟋828

The second information has a file header that includes information that enables the client to obtain a fine-searching metadata file, the fine-searching metadata file including information that enables fine searching within the file ⟋830

(B)
⋮

**Figure 8B**



Provide to a second client, having second file format processing capabilities, second information that enables the second client to access respective content in a second file format different from the first file format
808
B
The first set of file portions includes file portions that are compatible with the first file format. The second set of file portions includes file portions that are compatible with the first file format and modification information that enables the second client to generate file portions that are compatible with the second file format from file portions in the first format.
832
The modification information enables the second client to alter metadata from the second set of file portions to generate file portions that are compatible with the second file format
834
The modification information includes information that enables the second client to transcode the second set of file portions from the first file format to the second file format to generate file portions that are compatible with the second file format
836
The first set of file portions includes respective file portions and first modification information that enables the first client to generate file portions that are compatible with the first file format from the respective file portions. The second set of file portions includes the respective file portions and second modification information that enables the second client to generate file portions that are compatible with the second file format from the respective file portions.
838
The respective file portions are not compatible with the first file format or the second file format
840
C

**Figure 8C**

Provide to a second client, having second file format processing capabilities, second information that enables the second client to access respective content in a second file format different from the first file format ⟶808

The first set of file portions includes respective file portions and first modification information that enables the first client to generate file portions that are compatible with the first file format from the respective file portions. The second set of file portions includes the respective file portions and second modification information that enables the second client to generate file portions that are compatible with the second file format from the respective file portions. ⟶838

Ⓒ

The first modification information enables the first client to alter metadata from the respective portions to generate file portions that are compatible with the first file format. The second modification information enables the second client to alter metadata from the respective portions to generate file portions that are compatible with the second file format. ⟶842

The first modification information includes information that enables the first client to transcode the first set of file portions from a respective file format to the first file format to generate file portions that are compatible with the first file format. The second modification information includes information that enables the second client to transcode the second set of file portions from the respective file format to the second file format to generate file portions that are compatible with the second file format. ⟶844

The respective content is shared over a peer to peer network. Clients having the first file format processing capabilities make shared file portions available to clients having the first file format processing capabilities and to clients having the second file format processing capabilities. ⟶846

**Figure 8D**

US 9,529,888 B2

1

**SYSTEM AND METHOD FOR EFFICIENTLY PROVIDING MEDIA AND ASSOCIATED METADATA**

RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application Ser. No. 61/881,353, filed Sep. 23, 2013, entitled "System and Method for Efficiently Providing Media and Associated Metadata," which application is incorporated by reference in its entirety.

This application is related to U.S. Provisional Patent Application Ser. No. 61/836,079, filed Jun. 17, 2013, entitled "System and Method for Switching Between Media Streams while Providing a Seamless User Experience;" U.S. Provisional Patent Application Ser. No. 61/861,330, filed Aug. 1, 2013, entitled "Transitioning from Decompressing One Compressed Media Stream to Decompressing another Media Stream;" and U.S. Provisional Patent Application Ser. No. 61/892,343, filed Oct. 17, 2013, entitled "System and Method for Switching between Media Items in a Plurality of Sequences of Media Items," which applications are incorporated by reference in their entireties.

TECHNICAL FIELD

The disclosed implementations herein relate generally to providing media content and, more particularly, to searching or seeking within media content.

BACKGROUND

As computer technology has improved and become ubiquitous, users increasingly are able to use computer based devices to consume media content. For example, users can listen to audio content or watch video content on a variety of computer based electronic devices. In addition, advances in network technology have increased the speed and reliability with which information can be transmitted over computer networks. As such, it is possible to stream media data over computer networks as opposed to transmitting a file in a physical media, such as a CD or DVD, or downloading the entire file before consuming the media content.

SUMMARY

Despite the advances in networking speed and reliability, some solutions for streaming, or otherwise accessing, media are sometimes cumbersome and involve excessive loading times. This is especially true when a user attempts to seek to a position within media content. In such circumstances, upon beginning playback or streaming media content, a user cannot instantaneously (or quickly) seek within the media content, and the user will likely experience frequent breaks to load content that degrade the user's experience.

Accordingly, there is a need for a method or a media content container to reduce the upfront time needed to seek within media content to provide a more seamless user experience. Such methods and systems may complement or replace conventional methods for seeking within media content. Such methods and systems enhance the user experience as the user is able to seek media content quickly and without excessive loading delays.

In accordance with some implementations, a method of seeking within media content is disclosed herein. The method is performed at an electronic device (e.g., a client

2

device) with one or more processors and memory. The method includes: obtaining a file header for a file that corresponds to a plurality of clusters, where the file header includes a cluster index that enables coarse searching (e.g., keyframe-based seeking for video content) within the file; and receiving a request to seek to a respective position within the file. In response to receiving the request, the method includes: identifying a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index; obtaining a cluster header associated with the cluster based on information retrieved from the cluster index, where the cluster header includes a content index that enables fine searching (e.g., frame-based seeking for video content) within the cluster; obtaining cluster data associated with the cluster; and after obtaining the cluster header, identifying respective content within the cluster that corresponds to the respective position based on the content index. After identifying the respective content, the method includes providing at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content.

In some implementations, respective file portions are compatible with a respective file format when the file portions can be used to generate content in the respective file format. In some implementations, the first file format is a file format used by devices (e.g., portable multifunction devices such as smartphones and tablet computers) that have limited processing resources and are not capable of generating file portions in a different format or can generate file portions in the different format but suffer from a noticeable impact on performance (e.g., reduction in battery life, overheating, lag or stutters in video/audio playback, etc.) to do so; while the second file format is a file format used by devices with greater processing resources (e.g., gaming consoles or personal computers such as desktop or laptop computers) that are capable of generating file portions in a different format using the second modification information without a noticeable impact on performance (e.g., reduction in battery life, overheating, lags or stutters in video/audio playback, etc.). In some implementations, the first client also converts portions of the content based on playback requirements at the first client (e.g., audio content in AAC format is converted to MP3 format or vice versa). In some implementations, in addition to generating file portions that are compatible with the second file format, the second client also converts portions of the content based on playback requirements at the second client (e.g., audio content in AAC format is converted to MP3 format or vice versa).

In accordance with some implementations, a method of providing media content is disclosed herein. The method is performed at a computer system (e.g., a server system) with one or more processors and memory. The method includes obtaining content-access information that enables distribution of content to a plurality of clients having different file format processing capabilities. The method also includes providing to a first client, having first file format processing capabilities, first information that enables the first client to access respective content in a first file format. The method further includes providing to a second client, having second file format processing capabilities different from the first file format processing capabilities, second information that enables the second client to access respective content in a second file format different from the first file format, where: the first information identifies a first set of file portions that can be combined to generate the respective content in the first file format; the second information identifies a second set of file portions that can be combined to generate the

US 9,529,888 B2

3

respective content in the second file format; and the second set of file portions includes one or more shared file portions that are included in the first set of file portions.

In some implementations, a computer system (e.g., an electronic device or server system) includes one or more processors and memory storing one or more programs for execution by the one or more processors, the one or more programs include instructions for performing the operations of any of the methods described herein. In some implementations, a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which, when executed by a portable electronic device or computer system (e.g., an electronic device or server system) with one or more processors perform, cause the device or system to perform the operations of any of the methods described herein.

BRIEF DESCRIPTION OF THE DRAWINGS

The implementations disclosed herein are illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings. Like reference numerals refer to corresponding parts throughout the drawings.

FIG. **1A** is a block diagram illustrating a client-server environment in accordance with some implementations.

FIG. **1B** is a block diagram illustrating a media delivery system in accordance with some implementations.

FIG. **2** is a block diagram illustrating a client device in accordance with some implementations.

FIG. **3** is a block diagram illustrating a server system in accordance with some implementations.

FIG. **4A** is a block diagram of a data structure for an example media file in accordance with some implementations.

FIG. **4B** is a block diagram of an example data structure for a segment source table in accordance with some implementations

FIG. **4C** is a block diagram of an example data structure for a plurality of segments comprising a media file in accordance with some implementations.

FIG. **5** is a flow diagram illustrating a process for seeking within media content in accordance with some implementations.

FIG. **6A** is a block diagram of an example data structure for a plurality of file portions in accordance with some implementations.

FIG. **6B** is a block diagram of an example data structure for a plurality of file portions in accordance with some implementations.

FIG. **6C** is a block diagram of an example data structure enabling coarse and/or fine searching within the information in FIG. **6B** in accordance with some implementations.

FIGS. **7A-7F** are flow diagrams illustrating a method of seeking within media content in accordance with some implementations.

FIGS. **8A-8D** are flow diagrams illustrating a method of providing media content in accordance with some implementations.

DETAILED DESCRIPTION

Below, FIG. **1A** provides an illustration of a client-server environment **100**, and FIG. **1B** provides an illustration of a media delivery system **150**. FIGS. **2-3** provide descriptions of a representative client device (sometimes also herein called a user device, an electronic device, a client, or, more simply, a device) and a representative server system, respec-

4

tively, within client-server environment **100**. FIGS. **4A-4C** provide illustrations of example data structures for seeking within media content. FIG. **5** provides a flowchart of a process for seeking (sometimes also herein called searching) within media content (e.g., as described in greater detail with reference to method **700** in FIGS. **7A-7F**). FIGS. **6A-6C** provide illustrations of example data structures for first information and second information (e.g., as described in greater detail with reference to method **800** in FIGS. **8A-8D**). FIGS. **7A-7F** are flow diagrams of a method of seeking or searching within media content. FIGS. **8A-8D** are flow diagrams of a method of providing media content.

FIG. **1A** is a block diagram of a client-server environment **100** in accordance with some implementations. Client-server environment **100** includes one or more client devices (**110-1**, . . . , **110-**n) and one or more server systems (**120-1**, . . . , **120-**n) that are connected through one or more networks **115**. Client-server environment **100** also, optionally, includes a peer-to-peer (P2P) network **132** of clients (e.g., client applications and/or client devices) that share files with each other (e.g., via network **115**), a network cache **136** (e.g., including one or more content delivery network (CDN) servers), and one or more redundant content host servers **138** (e.g., media servers) connected to one or more networks **115**.

Client device **110-1** in FIG. **1A** is a representative electronic device associated with a respective user. Server system **120-1** in FIG. **1A** is a representative server associated with a media content provider with which users (and their electronic devices), optionally, have accounts that enable the users to access media content from one or more of server systems **120**. One or more networks **115** can be any network such as the Internet, other Wide Area Networks, Local Area Networks, Personal Area Networks, metropolitan area networks, VPNs, local peer-to-peer, ad-hoc connections, and so on.

In some implementations, client device **110-1** is one of the group of: a personal computer, a mobile electronic device, a wearable computing device, a laptop, a tablet computer, a mobile phone, a digital media player, or any other electronic device able to prepare media content for presentation, control presentation of media content, and/or present media content. For example, server system **120-1** is operated and/or provided by a subscription-based media streaming service to which a user, optionally, has an account associated with account credentials that enable client device **110-1** to communicate with and receive content from content sources such as server system **120-1**, P2P network **132**, network cache **136** and/or redundant content host server(s) **138**.

In some implementations, client device **110-1** includes a first electronic device (e.g., a controlling electronic device) and a second electronic device (e.g., a controlled electronic device), and both the first electronic device and the second electronic device are associated with a common user account (or associated user accounts) provided by a content provider with which server system **120-1** is associated. The first electronic device (e.g., a personal computer or a set top box) is optionally associated with account credentials and receives content from server system **120-1**, and the second electronic device is a media presentation device (e.g., a set of speakers, a display, a television set, etc.) that receives the content from the first electronic device and presents that content to the user.

In some implementations, client device **110-1** includes a media content presentation and control application **104** (hereinafter "media application"). Media application **104** is able to control the presentation of media by client device **110-1**. For example, media application **104** enables a user to

US 9,529,888 B2

**5**

navigate media content items, select media content items for playback on client device **110-1**, select media streams for presentation, change currently displayed media streams, create and edit playlists, and other such operations.

In some implementations, media content is stored by client device **110-1** (e.g., in a local cache such as a media content buffer **105** and/or in permanent storage at client device **110-1**). In some implementations, the media content is stored by a server system **120-1** (e.g., an origin server), which is located remotely from client device **110-1**. In some implementations, the media content is stored by one or more computing devices in media delivery system **150**, discussed in more detail below with reference of FIG. **1B**. Media delivery system **150** includes peer-to-peer (P2P) network **132**, network cache **136**, and one or more redundant content host servers **138**. The media content is then sent (or streamed) from one or more of the computing devices in media delivery system **150** to client device **110-1** over one or more networks **115**. As used herein, media content is streamed from a source to a destination by transmitting data corresponding to the media content from the source to the destination over time where a computer at the destination can perform operations on the media content before the media content has been completely received (e.g., a first portion of the media content is received from the source and can be played before a second, later, portion of the media content is received from the source).

In some implementations, the data sent from (or streamed from) server system **120-1** is stored/cached by client device **110-1** in a local cache such as one or more media content buffers **105** in the memory of client device **110-1**. Media content stored in media content buffer(s) **105** is, typically, removed after the media content is presented by client device **110-1**, allowing new media content data to be stored in media content buffer **105**. At least some of the media content stored in media content buffer(s) **105** is, optionally, retained for a predetermined amount of time after the content is presented by client device **110-1** and/or until other predetermined conditions are satisfied. For example the content is stored until the content has been presented by the client device, the content corresponding to a media tile is stored until the media corresponding to the media tile has reached an end of the content (e.g., an end of a movie/television show or sporting event), or the content corresponding to a first media tile is stored until the client device switches to playing content corresponding to a second media tile to enable the user to play the content corresponding to the first media tile again without re-downloading the content (e.g., in response to activation of a "play again" or "replay" affordance in a media player user interface). Media content buffer **105** is configured to store media content from more than one media content stream. Storing data in a buffer while it is being moved from one place to another (e.g., temporarily storing compressed data received from a content source before it is processed by a codec and/or temporarily storing decompressed data generated by a codec before it is rendered by a renderer) is sometimes referred to as "buffering" data, and data stored in this way is sometimes referred to a "buffered" data. "Buffered" data is typically, but optionally, removed (or marked for deletion) from the buffer in which it was stored after it is transmitted from the buffer to its destination (e.g., a codec or a renderer), rather than being stored for later use.

In some implementations, when client device **110-1** includes a first electronic device and a second electronic device, media application **104** (e.g., on a set top box) is also able to control media content presentation by the second

**6**

electronic device (e.g., a set of speakers or a television set or other display connected to the set top box), which is distinct from the first electronic device. Thus, in some circumstances, the user is able to use media application **104** to cause the first electronic device to act both as a media presentation device as well as a remote control for other media presentation devices. This enables a user to control media presentation on multiple electronic devices from within media application **104** and/or using a single user interface.

When a user wants to playback media on client device **110-1**, the user is enabled to interact with media application **104** to send a media control request to server system **120-1**. Server system **120-1** receives the media control request over one or more networks **115**. For example, the user is enabled to press a button on a touch screen of client device **110-1** in order to send the media control request to server system **120-1**. As described below, a media control request is, for example, a request to begin presentation of media content by client device **110-1**. Though often used herein to describe requests to initiate or begin presentation of media by client device **110-1**, media control requests optionally also include requests and/or signals to control other aspects of the media that is being presented on client device **110-1**, including but not limited to commands to pause, skip, fast-forward, rewind, seek, adjust volume, change the order of items in a playlist, add or remove items from a playlist, adjust audio equalizer settings, change or set user settings or preferences, provide information about the currently presented content, begin presentation of a media stream, transition from a current media stream to another media stream, and the like. In some implementations, media controls control what content is being delivered to client device **110-1** (e.g., if the user pauses playback of the content, delivery of the content to client device **110-1** is stopped). However, the delivery of content to client device **110-1** is, optionally, not directly tied to user interactions with media controls. For example, while the content that is delivered to client device **110-1** is selected based on a user request for particular content by the user, the content optionally continues to be delivered to client device **110-1** even if the user pauses playback of the content (e.g., so as to increase an amount of the content that is buffered and reduce the likelihood of playback being interrupted to download additional content). In some implementations, if user bandwidth or data usage is constrained (e.g., the user is paying for data usage by quantity or has a limited quantity of data usage available), client device **110-1** ceases to download content if the user has paused or stopped the content, so as to conserve bandwidth and/or reduce data usage.

Client-server environment **100** in FIG. **1A** also includes a representative server system **120-1** that includes a media delivery module **122**, a media content database **124**, and a context database **126**. Media content database **124** stores media content that is configured to be provided to and presented by client device **110-1** and/or provided to Network Cache **136**, clients in a P2P Network **132**, or other content sources. For example, media content database **124** stores audio (e.g., music, audio books, etc.), video (e.g., movies, television shows, etc.), images, or other media content that can be sent to (or streamed to) other client devices. Media content database **124** optionally includes data in different formats and file types to allow a variety of different devices and/or applications to receive content. In some implementations, the data is stored in a single file format and is converted, transcribed, transcoded, and/or transmuxed to the appropriate data type or format before or as it is streamed to

US 9,529,888 B2

7

client device **110-1**. In some implementations, when the data is stored in a single file format, the data is converted, transcribed, transcoded, and/or transmuxed to the appropriate data type at client device **110-1**. In some implementations, for a set of two or more frequently used file formats, the data is stored in multiple formats (e.g., a copy of the data for a particular file is stored in a first file format and a second file format) and the data can be transcoded or transmuxed into a different, less frequently used, file format on an as-needed basis as described in greater detail below. In some implementations, remuxing or transmuxing content includes changing a media container in which the content is organized while preserving some or all of the content within the media container.

In some implementations, server system **120-1** includes a media delivery module **122** (e.g., a media streaming module). In some implementations, media delivery module **122** receives a media control request from a respective client device (e.g., client device **110-1**). In response to receiving the media control request, media delivery module **122** sends (e.g., streams) media content to a client device as requested.

In some circumstances, the received media control request includes information identifying the client device (e.g., an IP address) to which server system **120-1** should forward the media control request. For example, a user, optionally, has multiple client devices that can present media received from server system **120-1**, such as a mobile phone, a computer system, a tablet computer, a television, a home stereo, etc. The identifying information optionally includes a unique or semi-unique device identifier, such as an IP address, a Media Access Control (MAC) address, a user-specified device name, an International Mobile Equipment Identity (IMEI) number, or the like. Accordingly, the media control request will identify that a request is intended for the home stereo, for example, so that server system **120-1** can send the requested media and/or the media control request to the home stereo. Client device **110-1** optionally provides server system **120-1** with an indication of device capabilities of the device such as screen resolution, processing speed, video buffer size/availability, available bandwidth, target/desired bandwidth, codec availability, and the like, and the server system provides content to the electronic device in accordance with the device capabilities.

In some implementations, server system **120-1** includes a context database **126**. Context database **126** stores data associated with the presentation of media content by client device **110-1** that includes, among other things, the current position in a media content stream that is being presented by client device **110-1**, a playlist associated with the media content stream, previously played content, skipped pieces of media content, and previously indicated user preferences. For example, context database **126**, optionally, includes information that a content stream to client device **110-1** currently is presenting a song, at 1 minute and 23 seconds into the song, as well as all the songs played in the last hour and the next 20 songs in the playlist. In some circumstances, server system **120-1** transmits the context associated with a media content stream to client device **110-1** that is presenting the content stream so that one or more items of context information can be used by client device **110-1**, such as for display to the user. When the client device to which the media content is being streamed changes (e.g., from client device **110-1** to client device **110-***n***), server system **120-1** transmits the context associated with the active media content to the newly active client device (e.g., client device **110-***n***).

8

FIG. **1B** is a block diagram of a media delivery system **150** in accordance with some implementations. Media delivery system **150** in FIG. **1B** includes a plurality of computing devices including one or more of a client device **110-1** with a local cache such as a media content buffer **105**, one or more server systems **120** (sometimes also herein called origin servers) with a media delivery module **122** and a media content database **124** and/or access to a media content database **124**, a peer-to-peer (P2P) network **132** including one or more peers (**133-1**, . . . , **133-***n***), a network cache **136**, and one or more redundant content host servers **138**. Media content is optionally stored at one or more of the computing devices in media delivery system **150**. For example, media content is initially stored in media content database **124** of server system **120** and subsequently disseminated/distributed to one or more peers **133** in P2P network **132**, network cache **136**, and/or one or more redundant content host servers **138** for access by client device **110-1**.

When client device **110-1** sends a media control request to server system **120-1** for media content, server system **120-1** (e.g., media delivery module **122**) responds to the request by utilizing source information (e.g., source table **334** shown in FIG. **3**) to instruct one or more of the computing devices in media delivery system **150** to send media content associated with the media control request to client device **110-1** as requested or sends relevant source information to client device **110-1** that enables client device **110-1** to request the media content associated with the media control request from a source (e.g., P2P network **132**, network cache **136**, and/or redundant content host servers **138**). Client device **110-1** optionally obtains media content associated with the media control request from a local cache such as media content buffer **105**. Client device **110-1** optionally utilizes locally stored source information (e.g., source table **242** shown in FIG. **2**) to request or obtain media content associated with the media control request from one or more computing devices in media delivery system **150** (e.g., P2P network **132**, network cache **136**, or redundant content host servers **138**). In some implementations, the locally stored source information is updated by server system **120-1** on a predefined schedule. In some implementations, the locally stored source information is updated by server system **120-1** in response to the media control request.

FIG. **2** is a block diagram illustrating a representative client device **110-1** in accordance with some implementations. Client device **110-1**, typically, includes one or more processing units or cores (CPUs) **202**, one or more network interfaces **210**, memory **212**, and one or more communication buses **214** for interconnecting these components. Client device **110-1** includes a user interface **204**. User interface **204** includes one or more output devices **206**, including user interface elements that enable the presentation of media content to a user, including via speakers or a visual display. User interface **204** also includes one or more input devices **208**, including user interface components that facilitate user input such as a keyboard, a mouse, a voice-command input unit, a touch-sensitive display (sometimes also herein called a touch screen display), a touch-sensitive input pad, a gesture capturing camera, or other input buttons. In some implementations, client device **110-1** is a wireless device, such as a mobile phone or a tablet computer. Furthermore, in some implementations, client device **110-1** uses a microphone and voice recognition or a camera and gesture recognition to supplement or replace the keyboard. Memory **212** includes high-speed random access memory, such as DRAM, SRAM, DDR RAM, or other random access solid state memory devices; and, optionally, includes non-volatile

US 9,529,888 B2

**9**

memory, such as one or more magnetic disk storage devices, optical disk storage devices, flash memory devices, or other non-volatile solid state storage devices. Memory **212** optionally includes one or more storage devices remotely located from one or more CPUs **202**. Memory **212**, or alternatively, the non-volatile memory device(s) within memory **212**, includes a non-transitory computer readable storage medium. In some implementations, memory **212**, or the computer readable storage medium of memory **212**, stores the following programs, modules and data structures, or a subset or superset thereof:

- an operating system **216** that includes procedures for handling various basic system services and for performing hardware dependent tasks;
- a network communication module **218** for connecting client device **110-1** to other computing devices via one or more communication network interfaces **210** (wired or wireless) connected to one or more communication networks such as the Internet, other Wide Area Networks, Local Area Networks, Personal Area Networks, metropolitan area networks, VPNs, peer-to-peer, content delivery networks, and/or ad-hoc connections;
- a presentation module **220** (e.g., a media player) for enabling presentation of media content at client device **110-1** (e.g., rendering media content) through output devices **206** associated with user interface **204** (e.g., a touch screen display, speakers, etc.);
- one or more electronic device application modules **222** for enabling client device **110-1** to perform various functionalities, one or more application modules **222** including but not limited to one or more of:
  - an input processing module **224** for receiving input from a user through input device(s) **208** and interpreting the received input;
  - a media request generation module **226** for generating a request for media content based on input received by input processing module **224**;
  - a media reception module **228** for receiving media content (e.g., receiving a stream of media content) from a computing device in media delivery system **150** (e.g., for receiving media content from a computing device that is remote from client device **110-1**);
  - a media application **104** for processing media content (e.g., media content streams), for providing processed media content (e.g., at least one media content stream) to presentation module **220** for transmittal to one or more output devices **206**, and for providing controls enabling a user to navigate, select for playback, and control media content; the media application includes:
    - a media extraction module **230** for de-multiplexing (demuxing), decrypting, decompressing, decoding, transcoding, and/or transcode-multiplexing (transmuxing), or otherwise processing media content (e.g., a stream) received from a computing device in media delivery system **150**; and
    - a seeking module **232** for utilizing and handling a respective file header for media content obtained from a computing device in media delivery system **150** so as to seek within the media content;
  - a segment request module **234** for requesting a respective segment or portion of media content from one or more computing devices in media delivery system **150**;

**10**

one or more electronic device data modules **236** for storing data, including, but not limited to one or more of:
- media content buffer(s) **105** (or another type of local cache) for storing (e.g., at least temporarily) media content data from a computing device in media delivery system **150** (e.g., server system **120-1** or a respective peer **133-1**);
- media content database **238** for storing, locally on client device **110-1**, media content as part of the user's personal media content library;
- a user profile database **240** for storing account information associated with a user of client device **110-1** such as user media history, user preferences, user interests, account credentials, and/or other such information; and
- a source table **242** for storing information indicating the location or address of computing devices (e.g., sources) in the media delivery system **150** storing respective segments or portions of media content and, optionally, information indicating which computing devices store which portions of media content.

Each of the above identified elements may be stored in one or more of the previously mentioned memory devices, and corresponds to a set of instructions for performing a function described above. The above identified modules or programs (i.e., sets of instructions) need not be implemented as separate software programs, procedures, or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various implementations. Memory **212** optionally stores a subset or superset of the modules and data structures identified above. Memory **212** optionally stores additional modules and data structures not described above.

FIG. **3** is a block diagram illustrating a representative server system **120-1** (e.g., an origin server) in accordance with some implementations. Server system **120-1** typically includes one or more processing units CPU(s) **302**, one or more network interfaces **304**, memory **306**, and one or more communication buses **308** for interconnecting these components. Memory **306** includes high-speed random access memory, such as DRAM, SRAM, DDR RAM, or other random access solid state memory devices; and, optionally, includes non-volatile memory, such as one or more magnetic disk storage devices, optical disk storage devices, flash memory devices, or other non-volatile solid state storage devices. Memory **306** optionally includes one or more storage devices remotely located from CPU(s) **302**. Memory **306**, or, alternatively, the non-volatile memory device(s) within memory **306**, includes a non-transitory computer readable storage medium. In some implementations, memory **306** or the computer readable storage medium of memory **306** stores the following programs, modules and data structures, or a subset or superset thereof:

- an operating system **310** that includes procedures for handling various basic system services and for performing hardware dependent tasks;
- a network communication module **312** that is used for connecting server system **120-1** to other computing devices via one or more communication network interfaces **304** (wired or wireless) connected to one or more networks **115** such as the Internet, other Wide Area Networks, Local Area Networks, Personal Area Networks, metropolitan area networks, VPNs, peer-to-peer networks, content delivery networks, ad-hoc connections, and so on;

US 9,529,888 B2

**11**

one or more server application modules **314** for enabling server system **120-1** to perform various functionalities, including but not limited to one or more of:

a request processing module **316** for receiving a request from a client device (e.g., client device **110-1**) for media content (e.g., a request to stream media content);

a media delivery module **122** for sending (e.g., streaming) media content to a client device (e.g., client device **110-1**) remote from sever system **120-1** in response to the request from client device **110-1**, media delivery module **122** including but not limited to:

an encoding module **318** for encoding media content prior to sending (e.g., streaming) the media content to client device **110-1** or to other content sources for storage;

an encryption module **320** for encrypting one or more portions of media content prior to sending (e.g., streaming) the media content to client device **110-1**;

a compression module **322** for compressing media content prior to sending (e.g., streaming) the media content to client device **110-1**;

an omission module **324** for omitting information from media content prior sending (e.g., streaming) the media content to client device **110-1** (e.g., by determining redundant information that can be omitted when compressing the media content while maintaining a quality of the media content above a predefined quality level); and

a segmentation module **325** for dividing a media file or media content into one or more segments and distributing the one or more segments to one or more computing devices (e.g., sources) in media delivery system **150** (e.g., distributing segments of the file to different peers in a P2P network so as to enable different segments of the file to be received from different peers and used to generate the media content at a receiving client); and

a context tracking module **326** for tracking and storing the context of a media content stream, optionally, including storing, among other data, one or more of the current playback position in a media content stream that is currently being presented by a client device (e.g., client device **110-1**), the position in a current playlist, the play history of a user, the preferences of a user, previously skipped media content, whether media content items were "liked" or "disliked" (e.g., via "starred," "thumbs-up," and/or "thumbs-down" indications), and the like;

one or more server data modules **330** for storing data related to server system **120-1**, including but not limited to:

a media content database **124** for storing media content and metadata describing the media content and enabling users to search through the media content to identify media content;

a context database **126** for storing information associated with one or more media content streams, where context information, optionally, includes one or more of the current playback position in a media content stream, metadata relating to the media, a position in a playlist, play history of a user, user preferences, skipped media, and user settings;

a user profile database **332** for storing account information for a plurality of users, where the account

**12**

information for a respective user, optionally, includes a user media content request/playback history, a list of electronic devices associated with the respective user, user preferences, user interests, and other such information; and

a source table **334** for storing information indicating the location or address of sources in media delivery system **150** storing respective segments or portions of media content and, optionally, information indicating which computing devices store which portions of media content.

Each of the above identified elements may be stored in one or more of the previously mentioned memory devices, and corresponds to a set of instructions for performing a function described above. The above identified modules or programs (i.e., sets of instructions) need not be implemented as separate software programs, procedures, or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various implementations. Memory **306** optionally stores a subset or superset of the modules and data structures identified above. Memory **306** optionally stores additional modules and data structures not described above.

Although FIG. **3** shows server system **120-1**, FIG. **3** is intended more as functional description of the various features that may be present in a set of servers than as a structural schematic of the implementations described herein. In practice, and as recognized by those of ordinary skill in the art, items shown separately could be combined and some items could be separated. For example, some items shown separately in FIG. **3** could be implemented on single servers and single items could be implemented by one or more servers. The actual number of servers used to implement server system **120-1** and how features are allocated among them will vary from one implementation to another and, optionally, depends in part on the amount of data traffic that the system must handle during peak usage periods as well as during average usage periods.

FIG. **4A** is a block diagram of a data structure for an example media file **400** in accordance with some implementations. In some implementations, media file **400** includes media content such as audio (e.g., music, audio books, etc.), video (e.g., movies, television shows, etc.), images, or other media content. In some implementations, media file **400** includes a file header **402** and a plurality of clusters (e.g., cluster 1, cluster 2, . . . , cluster N). In some implementations, file header **402** includes one or more of a global header **404**, a segment index **416**, and a cluster index **422**. In some implementations, a respective cluster (e.g., cluster N) of the plurality of clusters includes a cluster header **428** and cluster data **438**. In some implementations, when media file **400** includes video content, media file **400** is divided by keyframes (e.g., frames that are self-contained and do not rely on content of other frames) and cluster data for a respective cluster includes a group of pictures (e.g., frames that are defined relative to a respective keyframe) starting with a respective keyframe. Cluster data for a respective cluster optionally includes keyframe data and one or more portions of frame data that are deltas relative to the keyframe.

In some implementations, global header **404** includes content description information or attributes corresponding to the media content in media file **400** that describe characteristics of the media file as a whole. In some embodiments, global header **404** includes content description information indicating a header version **406**, a resolution **408** for the media content in media file **400**, codec information **410** for decoding the media content in media file **400** (e.g., codec

US 9,529,888 B2

**13**

information **410** indicates that video content in media file **410** is formatted as H.264 and audio content in media file **400** is formatted as AAC), channel information **412** for the media content in media file **400** (e.g., a number and identify of channels of content in the media file, such as audio, video, and/or text channels), and a codec settings table **414** (e.g., with information specifying codec settings for different bitrates). For example, when media file **400** includes video content, the content description information in global header **404** includes one or more of: width and height of video frames, frame rate, and profile (e.g., an H.264 profile that specifies a type of compression to be used and provides a tradeoff between an amount of compression of the content and an amount of computational resources used to decompress the compressed content) and level (e.g., an H.264 level that constrains the bitrate and macroblocks in situation where devices have bitrate constraints). In another example, when media file **400** includes audio content, the content description information in global header **404** includes one or more of: a sample rate of the audio content, a number of channels of audio content, a number of bits per audio sample, a time scale, a time delay, a bitrate, audio codec, video codec, and a header compression indicator.

In some implementations, global header **404** also indicates a protocol used for encoding or compressing the information stored in media file **400**. More specifically, global header **404** optionally indicates an offset or timestamp encoding protocol used to generate and interpret offset information **418** in segment index **416**, cluster timestamp information **424** in cluster index **422**, offset information **426** in cluster index **422**, offset information **432** in cluster header **428**, and timestamp information **434** in cluster header **428**. For example, global header **404** indicates that offset information **426** in cluster index **422** is delta encoded so that offset information **426** stores a number of bytes indicating a difference between a size of a previous cluster and a size of the respective cluster. In another example, global header **404** indicates that that offset information **426** in cluster index **422** stores a size in bytes of a respective cluster.

In some implementations, media file **400** is divided into a plurality of segments where each segment includes a plurality of clusters. Typically, the first segment of the plurality of segments comprising media file **400** includes file header **402**. In some implementations, each segment comprising media file **400** includes a same number of clusters. In some implementations, the segments comprising media file **400** contain a variable number of clusters. In some implementations, each segment is cluster aligned (e.g., each segment contains an integer number of clusters and the breaks between segments are selected so as to coincide with breaks between clusters). In some implementations, one or more segments are not cluster aligned (e.g., one or more segments include a non-integer number of clusters). In some implementations, the plurality of segments comprising media file **400** are stored by one or more of the computing devices in media delivery system **150**. For example, a first segment is stored at peer **133-1** and peer **133-N** in peer-to-peer (P2P) network **132**, and a second segment is stored in network cache **136**, so that a client can request the segment from different sources depending on availability of the segment at the different sources, network congestion, and other considerations. The segmentation of a respective media file is discussed in more detail below with reference to FIG. **4**C.

In some implementations, segment index **416** includes a plurality of entries that correlate offset information **418** (e.g., information that can be used to determine a location of a

**14**

particular segment in media file **400**) with a segment identifier **420** for each segment of media file **400**. For example, segment index **416** enables client device **110-1** to identify a unique segment identifier **420** for a respective segment based on offset information **418** (e.g., client device **110-1** uses segment index **416** to identify a segment identifier that corresponds to a point halfway through media file **400**). In some implementations, segment identifier **420** is a unique identifier assigned to each segment. In some implementations, respective segment identifier **420** for a respective segment is (or includes) a hash (e.g., a SHA-1 hash) of content of the respective segment. In some implementations, media file **400** is segmented and file header **402** includes segment index **416** when the media content is on-demand media content. In some implementations, a segment index is not included when the media content is live content that is being provided in real time (e.g., content that is being provided to client with little or no delay from the time when the content is being recorded, such as with live news or live sports events).

In some implementations, offset information **418** is any information that enables client device **110-1** (e.g., seeking module **232**) to determine or extrapolate a byte offset indicating a number of bytes from the start of media file **400** (or some other specified point within media file **400**) to the start of a segment (or some other specified point within the segment) or a time offset indicating a number of time units (e.g., milliseconds, seconds, minutes, etc.) from the start of media file **400** (or some other specified point within media file **400**) to the start of the segment (or some other specified point within the segment). For example, offset information **418** optionally includes a size in bytes of the segment, a length in units of time of the segment, a delta in bytes indicating the size difference between a previous segment and the respective segment, a time delta indicating the time difference between the length of the previous segment and the length of the respective segment, an offset in bytes from the start of media file **400** (or some other specified point within media file **400**) to the start of the segment (or some other specified point within the segment), and/or an offset in units of time from the start of media file **400** (or some other specified point within media file **400**) to the start of the segment (or some other specified point within the segment). Storing deltas between offsets and timestamps of adjacent frames and clusters can provide valuable compression of data in media file **400** that reduces bandwidth needed to transmit the media file and storage space needed to store the media file, as described in greater detail below with reference to method **700**.

In some implementations, cluster index **422** includes a plurality of entries that correlate cluster timestamp information **424** with offset information **426** for each cluster in media file **400**. Cluster index **422** enables coarse searching within media file **400** (e.g., keyframe- or cluster-based seeking). For example, cluster index **422** enables client device **110-1** to correlate cluster timestamp information **424** (e.g., a starting time of a respective cluster or some other specified point within the respective cluster) with offset information **426** indicating a byte offset from the start of media file **400** (or some other specified point within media file **400**) to the start the respective cluster (or some other specified point within the respective cluster) so that client device **110-1** (e.g., media extraction module **230**) is enabled to identify a respective cluster associated with a requested timestamp and, optionally, identify a respective segment that includes the respective cluster.

US 9,529,888 B2

15

16

In some implementations, cluster timestamp information **424** can be any information that enables client device **110-1** (e.g., seeking module **232**) to determine or extrapolate a time of the start of a respective cluster (or some other specified point within the respective cluster) relative to the start of media file **400** (or some other specified point within media file **400**). For example, cluster timestamp information **424** optionally includes an absolute time of the start of a respective cluster (or some other specified point within the respective cluster) relative to the start of media file **400** (or some other specified point within media file **400**), a delta in units of time between the start time of the previous cluster (or some other specified point within the previous cluster) and the start time of the respective cluster (or some other specified point within the respective cluster), and/or other delta encoding protocols (e.g., as described in greater detail below with reference to method **700**).

In some implementations, offset information **426** can be any information that enables client device **110-1** (e.g., seeking module **232**) to determine or extrapolate a byte offset from the start of the media file (or some other specified point within media file **400**) to the start of a respective cluster (or some other specified point within the respective cluster). For example, offset information **426** optionally includes a size in bytes of the respective cluster, a delta in bytes indicating the size difference between a previous cluster and the respective cluster, and/or an offset in bytes from the start of the media file (or some other specified point within media file **400**) to the start of the respective cluster (or some other specified point within the respective cluster).

For example, a user of client device **110-1** performs a seeking operation to seek to a respective timestamp within media file **400**. In response to receiving the requested timestamp, client device **110-1** (e.g., seeking module **232**) determines a cluster corresponding to the requested time-stamp based on cluster index **422** by correlating the requested timestamp with a byte offset associated with the cluster.

In some implementations, respective cluster header **428-N** (sometimes also herein called a content index) correspond-ing to cluster N includes a cluster size **430** for cluster N (e.g., a size in bytes) and a plurality of entries that correlate offset information **432** with timestamp information **434** for each frame in cluster N. Cluster header **428** enables fine searching within media file **400** (e.g., frame-based seeking). The first pairing **432-1**, **434-1** in cluster header **428-N** corresponds to a keyframe or first frame in cluster N, and the remaining pairings (e.g., **432-n**, **434-n**) in cluster header **428** corre-spond to the other frames in cluster N.

In some implementations, offset information **432** can be any information that enables client device **110-1** (e.g., seek-ing module **232**) to determine or extrapolate a byte offset from the start of media file **400** (or some other specified point within media file **400**) to the start of a frame (or some other specified point within the frame). For example, offset information **432** optionally includes a size in bytes of the frame, a number of bytes from the start of the cluster (or some other specified point within the cluster) to the start of the frame (or some other specified point within the frame), a delta in bytes indicating the size difference between the previous frame and the respective frame, and/or an offset in bytes from the start of the media file (or some other specified point within media file **400**) to the start of the frame (or some other specified point within the frame). Storing deltas between offsets and timestamps of adjacent frames and clusters can provide valuable compression of data in media file **400** that reduces bandwidth needed to transmit the media

file and storage space needed to store the media file, as described in greater detail below with reference to method **700**.

In some implementations, timestamp information **434** can be any information that enables client device **110-1** (e.g., media extraction module **230**) to determine or extrapolate a time of the start of a respective frame (or some other specified point within the respective frame) relative to the start of media file **400** (or some other specified point within media file **400**). For example, timestamp information **434** optionally includes an absolute time of the start of a respec-tive frame (or some other specified point within the respec-tive frame) relative to the start of media file **400** (or some other specified point within media file **400**), a delta in units of time between the start time of the cluster (or some other specified point within the cluster) and the start time of the respective frame (or some other specified point within the respective frame), a delta in units of time between the start time of the previous frame in the cluster (or some other specified point within the previous frame) and the start time of the respective frame (or some other specified point within the respective frame), and/or other delta encoding protocols (e.g., as described in greater detail below with reference to method **700**). In some implementations, the timestamp info for the first frame in a cluster is (or corresponds to) cluster timestamp information for the cluster (e.g., the frame time-stamp for the first frame in a cluster is the same as the cluster timestamp for the cluster).

In some implementations, cluster data **438-N** correspond-ing to cluster N includes keyframe data **440-1** for the first frame (e.g., the keyframe) in cluster N and one or more portions of frame data **440-2**, . . . , **440-n** for the other frames in cluster N. In some implementations, the portions of frame data **440** are delta encoded (e.g., as described in greater detail below with reference to method **700**). For example, frame data **440-2** corresponding to a second frame of cluster data **438-N** optionally includes the delta or difference between keyframe data **440-1** corresponding to the prior frame in the cluster which is, in this example, the keyframe and the second frame.

FIG. 4B is a block diagram of an example data structure for a segment source table **440** (sometimes also herein called source information) in accordance with some implementa-tions. In some implementations, an entry of segment source table **440** correlates a unique segment identifier associated with a respective segment with one or more computing devices (or sources) in media delivery system **150**. In FIG. **4**B, segment source table **440** indicates that source "S1" has stored segments related to segment identifiers **420-1** and **420-2**. Furthermore, in FIG. **4**B, segment source table **440** indicates that a respective segment related to segment iden-tifier **420-1** is stored at a plurality of sources including S1, S5, S9, S22.

In some implementations, segment source table **440** is stored at server system **120-1** (e.g., source table **334**), locally at client device **110-1** (e.g., source table **242**), or at both server system **120-1** and client device **110-1**. In some implementations, when client device **110-1** does not store source table **242**, after client device **110-1** (e.g., seeking module **232**) identifies a segment identifier **420** for a respec-tive segment of media file **400** based on segment index **416**, segment request module **234** sends a request to server system **120-1** for the respective segment. In response to receiving the request, server system **120-1** (e.g., request processing module **316**) determines which computing devices in media delivery system **150** have stored the requested respective segment based on source table **334**,

US 9,529,888 B2

17

18

and, in turn, instructs one or more of the computing devices in media delivery system **150** having stored the requested respective segment to deliver the requested respective segment to client device **110-1** and/or provides the source information to client device **110-1** to enable client device **110-1** to request the respective segment from the source.

In some implementations, when client device **110-1** stores source table **242**, after client device **110-1** (e.g., seeking module **232**) identifies a segment identifier for a respective segment of media file **400** based on segment index **416** in response to a playback or seeking request from the user of client device **110-1**, segment request module **234** determines which computing devices in media delivery system **150** have stored the requested respective segment based on locally stored source table **242**, and, in turn, instructs one or more of the computing devices in media delivery system **150** storing the requested respective segment to deliver the requested respective segment to client device **110-1**. As shown in FIG. **4**B, in some circumstances for each of a plurality of respective segments of a media file, the respective segment is stored concurrently at multiple sources (e.g., the respective segment is available from multiple peers in a P2P network and/or is available from a media server in a content delivery network).

FIG. **4**C is a block diagram of an example data structure for a plurality of segments comprising media file **400** in accordance with some implementations. For example, FIG. **4**C illustrates a plurality of segments 1, 2, 3 for media file **400**. In FIG. **4**C, segment 1 includes file header **402** and a plurality of clusters C1, C2, C3, C4, C5, C6, C7, C8. In FIG. **4**C, segment 2 includes a plurality of clusters C9, C10, C11, C12, C13, C14, C15, C16, and segment 3 includes a plurality of clusters C17, C18, C19, C20, C21, C22, C23, C24. For example, in FIG. **4**C, each of segments 1, 2, 3 includes an equal number of clusters. However, in some implementations, the plurality of segments comprising a media file include an unequal number of clusters. In some implementations, segmentation module **325** at server system **120-1** is configured to divide a media file into one or more segments.

FIG. **5** is a flow diagram illustrating a process **500** for seeking within media content in accordance with some implementations. For example, a user has selected media file **400** for playback via media application **104** and has received/stored file header **402** corresponding to media file **400**. In some implementations, file header **402** includes cluster index **422** which enables coarse searching (e.g., keyframe-based seeking) within media file **400**. In some implementations, where media file **400** is divided into a plurality of segments (e.g., for on-demand media content), file header **402** also includes segment index **422** which enables client device **110-1** to obtain segments from one or more computing devices in media delivery system **150**.

At step **502**, client device **110-1** (e.g., input processing module **224**) receives an input from the user of client device **110-1** to seek to a respective timestamp or location within the media content via media controls (e.g., play, pause, fast-forward, rewind, seek, etc.) in media application **104** displayed on the display of client device **110-1**. For example, client device **110-1** detects on a touch screen display associated with client device **110-1** a gesture in the user interface for media application **104** that corresponds to dragging a slider or time-bar (or otherwise interacts with a user interface object) to seek to a specified timestamp or a particular frame within a video file.

At step **504**, client device **110-1** (e.g., seeking module **232**) correlates the requested timestamp with respective

cluster timestamp information **424** by determining which cluster timestamp information **424** most closely matches (or is within the range of) the requested timestamp. Seeking module **232** then utilizes cluster index **422** within file header **402** to match the respective cluster timestamp information **424** with respective offset information **426**. Seeking module **232** then determines a byte offset for a respective cluster indicating a number of bytes from the start of media file **400** to the requested timestamp based on respective offset information **426**. In some implementations, global header **404** within file header **402** for the media file indicates a type of offset encoding used by the media file so that seeking module **232** is enabled to determine the byte offset from respective offset information **426**.

At step **506**, client device **110-1** (e.g., seeking module **232**) determines a segment identifier associated with a respective segment that includes the respective cluster based on the byte offset determined for the respective cluster in step **504**. For example, seeking module **232** correlates the byte offset for the respective cluster with offset information **418** for the respective segment and, then, matches offset information **418** with a segment identifier **420** (e.g., segment ID **420-1**) for the respective segment based on segment index **416**.

At step **508**, client device **110-1** (e.g., segment request module **234**) determines which computing devices in media delivery system **150** have stored the respective segment based on source information (e.g., locally stored source table **242** corresponding to segment source table **440** in FIG. **4**B or a remote source information such as source table **334** at server system **120-1**). For example, segment request module **234** correlates the segment identifier (e.g., segment ID **420-1**) determined in step **506** with one or more computing devices (e.g., sources S1, S5, S9, S22) that have stored the respective segment corresponding to the segment identifier based on segment source table **440**. Segment request module **234** then sends a request, including the segment identifier (e.g., segment ID **420-1**) and the address of client device **110-1**, to one or more of the identified sources (e.g., source S1) to obtain the respective segment. In some implementations, if a request to one source fails (e.g., because the source fails to respond to the request or responds by indicating that the source does not have the respective segment) client device **110-1** requests the respective segment from a different source. In some implementations, if multiple requests are sent to multiple sources at the same time, client device **110-1** optionally cancels any outstanding requests once client **110-1** has received the respective segment.

At step **510**, a computing device within media delivery system **150** (e.g., source S1 corresponding to one of the one or more redundant content host servers **138**) receives the request from segment request module **234** with a request processor at source S1. The request processor then forwards the segment identifier and address of client device **110-1** to a response generator at source S1. At step **512**, the response generator at source S1 sends the respective segment (including a plurality of clusters) associated with the segment identifier (e.g., segment ID **420-1**) to the destination address specified in the request sent by segment request module **234** (e.g., the source sends the segment back to the client that requested the segment) and, optionally, sends instructions to one or more other sources indicating that the request has been fulfilled (e.g., so that the other sources can cancel processing of the request if they have not yet responded).

At step **514**, client device **110-1** receives, from source S1, the respective segment corresponding to the requested timestamp. Client device **110-1** (e.g., segment request module

US 9,529,888 B2

19
20

**234**) then determines a byte offset for a respective cluster within the received respective segment based on cluster index **422** (or retrieves the byte offset that was previously determined in step **504**). Seeking module **232** then determines respective cluster timestamp information **424** that most closely matches (or is within the range of) the requested timestamp. Seeking module **232** then utilizes cluster index **422** within file header **402** to correlate the respective cluster timestamp information **424** with respective offset information **426**. Seeking module **232** then determines a byte offset for the respective cluster indicating a number of bytes from the start of media file **400** to the start of the respective cluster (e.g., to a keyframe for the respective cluster) based on respective offset information **426**.

At step **516**, client device **110-1** (e.g., seeking module **232**) determines offset information **432** associated with a respective frame in the respective cluster based on the byte offset determined for the respective cluster in step **514**. Seeking module **232** then matches timestamp information **434** to the determined offset information **432** based on cluster header **428** and, also, determines a byte offset for the respective frame based on the determined offset information **432**.

At step **518**, client device **110-1** (e.g., seeking module **232**) identifies based on the byte offset for the respective frame determined in step **516** frame data **440** within cluster data **438** for the respective frame that corresponds to the requested timestamp. The frame data **440** is, optionally, combined with keyframe data for a corresponding keyframe to generate a final frame that corresponds to the requested timestamp. Media application **104** then sends frame data **440** for the respective frame and the requested timestamp to presentation module **220** for presentation on client device **110-1** (e.g., on a touch screen display or other output device(s) **206**). At step **520**, the respective frame data is displayed (e.g., presentation module **220** at client device **110-1** receives the respective frame data and renders the respective frame data for display on a display associated with client device **110-1** or the frame data is sent to an external display to be rendered and displayed).

FIGS. **6A-6C** are block diagrams illustrating example data structures that enable portions of media files to be reused between different media formats (e.g., a first media format that uses first information shown in FIG. **6A** and a second media format that uses second information shown in FIGS. **6B-6C**). FIG. **6A** is a block diagram of an example data structure for a plurality of file portions comprising first information **600** in accordance with some implementations. First information **600** corresponds to a media file having a first file format with first file format processing capabilities. First information **600** comprises a plurality of segments including segments 1, 2, 3. In FIG. **6A**, segment 1 includes a plurality of file portions P1, P2, P3, P4, P5, P6, P7, P8. In FIG. **6A**, segment 2 includes a plurality of file portions P9, P10, P11, P12, P13, P14, P15, P16, and segment 3 includes a plurality of file portions P17, P18, P19, P20, P21, P22, P23, P24, P25. The file portions include the media content data (e.g., frame data for video content or sample data for audio content) for the media file. In some implementations, the file portions comprising first information **600** are a first set of file portions. In some implementations, first modification information **602** (e.g., an HTTP Live Streaming (HLS) playlist) associated with first information **600** enables a respective client device to generate file portions that are compatible with a second file format that is different from the first file format (e.g., a file format described below with reference to FIG. **6B**). In some implementations, first modi-

fication information **602** is stored separately from the first set of file portions comprising first information **600**.

FIG. **6B** is a block diagram of an example data structure for a plurality of file portions comprising second information **650** in accordance with some implementations. Second information **650** corresponds to a media file having a second file format (different from the first file format) with second file format processing capabilities (different from the first file format processing capabilities). Second information **650** comprises a plurality of segments including segments 1, 2, 3. In FIG. **6B**, segment 1 includes file header **652** and a plurality of file portions P1, P2, P3, P4, P5, P6, P7, P8. In FIG. **6B**, segment 2 includes a plurality of file portions P9, P10, P11, P12, P13, P14, P15, P16, and segment 3 includes a plurality of file portions P17, P18, P19, P20, P21, P22, P23, P24, P25. The file portions include media content data (e.g., frame data for video content) for the media file, the file portions comprising second information **650** are a second set of file portions that include one or more file portions that are different from the first set of file portions. In some implementations, the file portions in first information **600** and second information **650** are the same, or at least one of the file portions are shared. For example, in FIGS. **6A** and **6B**, while segment 1 of first information **600** is different from segment 1 of second information **650**, segments 2 and 3 of first information **600** are the same as segments 2 and 3 of second information **650**. In some implementations, the file portions in the second set of file portions are synonymous with the clusters discussed above with reference to FIGS. **4A** and **4C**.

In some implementations, second information **650** includes file header **652** with second modification information that enables a respective client device to generate file portions that are compatible with the second file format, as described in greater detail below with reference to FIG. **6C**.

FIG. **6C** is a block diagram of an example data structure enabling coarse and/or fine searching within second information **650** in accordance with some implementations. In some implementations, second information **650** includes file header **652** with second modification information that enables a respective client device to generate file portions that are compatible with the second file format. In some implementations, file header **652** includes one or more of global header **404**, segment index **416**, and cluster index **422** (e.g., for use as described in greater detail in FIGS. **4A-4C** and **5**). In some implementations, cluster index **422** enables coarse searching (e.g., keyframe-based seeking) within second information **650**. In some implementations, when the file portions in the second set of file portions are clusters, file header **652** also includes cluster header request information **656** (e.g., a unique identifier or location information) that enables the client to obtain a metadata file **654** that includes the cluster header information that enables fine searching (e.g., frame-based seeking) within second information **650**. In some implementations, metadata file **654** includes a plurality of cluster headers **428** (e.g., for use as described in greater detail in FIGS. **4A-4C** and **5**) for the file portions (or clusters) in second information **650**. In some implementations, metadata file **654** is stored separately from the second set of file portions comprising second information **650**. Storing metadata file **654** separately from the segments enables the segments to be used for both a file format that uses the cluster headers (e.g., to enable fine searching) and a different file format that does not use the cluster headers. In some implementations, when the metadata file **654** is stored separately, the cluster header information does not need to be included in the segments, and thus the segments

21

do not have additional information that would be unnecessary and potentially render the segments unusable to a device that expects to receive segments that do not include the cluster header information.

FIGS. **7**A-**7**F are flow diagrams illustrating a method **700** of seeking within media content in accordance with some implementations. In some implementations, method **700** is performed at an electronic device (e.g., client device **110-1**, FIGS. **1**A and **2**) with one or more processors, memory, and a display. In some implementations, the display is a touch screen display and the touch-sensitive surface is on the display. In some implementations, the display is separate from the touch-sensitive surface. Some operations in method **700** are, optionally, combined and/or the order of some operations is, optionally, changed.

The electronic device obtains (**702**) a file header for a file that corresponds to a plurality of clusters, where the file header includes a cluster index that enables coarse searching within the file (e.g., keyframe-based searching or seeking). In some implementations, the file header (e.g., file header **402**, FIG. **4**A) is received along with a first cluster of the file (e.g., the file header is received as part of a file segment that includes both the first cluster and the file header). In some implementations, the file header is received before receiving a first cluster of the file.

In some implementations, the electronic device obtains (**704**) the file header in response to a request for content associated with the file (e.g., a request to begin playing content associated with the file). For example, in response to a request from the user of client device **110-1** to playback media content via media controls in media application **104** displayed on the display of client device **110-1**, client device **110-1** obtains a file header (e.g., file header **402**, FIG. **4**A) associated with the media content. In some implementations, client device **110-1** obtains the file header from server system **120-1** or from a local cache.

In some implementations, the cluster index does not include (**706**) information that enables fine searching within the file. For example, the cluster index (e.g., cluster index **422**, FIG. **4**A) only enables coarse searching (e.g., cluster-based or keyframe-based seeking) within the media content, and the cluster header (e.g., cluster header **428-N**, FIG. **4**A) enables fine searching (e.g., frame-based seeking) within the media content.

In some implementations, the file header and/or the file omit (**708**) respective omitted information that is necessary for extracting content (e.g., decoding) from the file. In some implementations, if client device **110-1** obtaining the file and server system **120-1** transmitting/generating the file knows that a particular codec or file format will always be used (e.g., based on a standardized codec that is used by the server system and the client device or based on an out of band communication between the server system and the client device agreeing to use a particular codec), then server system **120-1** transmitting/generating the file, optionally, omits codec or file format information from global header **404** of the file, and client device **110-1** obtaining the file can assume that the codec or file format has been used without reading the information from global header **404** in file header **402**. Similarly, information that can be calculated from information included in the file is, optionally, omitted from the file. For example, if a total size of the file, or a portion thereof, is needed but can be calculated by adding together sizes of a plurality of components of the file, or the portion thereof, then the total size of the file, or the portion thereof, is omitted. For example, omission module **324** at

22

server system **120-1** is configured to omit information from the file header as described above so as to reduce the size of the file.

In some implementations, the respective omitted information is removed (**710**) from the file header and/or the file before the file header is obtained by the electronic device (e.g., the respective omitted information was removed prior to storage and/or transmission of the file from server system **120-1** to client device **110-1**); and prior to providing the portion of content corresponding to the file to the presentation device (e.g., a display or touch screen display) for presentation to the user, the electronic device: generates (e.g., re-determines) the respective information (e.g., calculating a size of content) based on the file header and/or the file and adds the omitted information into the file header and/or file. Sometimes, this means that client device **110-1** (e.g., media extraction module **230**) replaces data that was removed from an externally defined data structure by server system **120-1**. For instance, the first few bytes of a properly formatted H.264 file indicate the length of what follows. In some implementations, the file container measures the whole size of everything, so, server system **120-1** can remove the redundant bytes from the H.264 file header for file storage and transmission, and media extraction module **230** at client device **110-1** can replace them before handing the H.264 file header to presentation module **220** or player software that expects the valid format. For example, omission module **324** at server system **120-1** is configured to omit information from the file header and/or the file as described above.

In some implementations, the respective omitted information is removed (**712**) from the file header and/or the file in accordance with a determination that the respective omitted information is duplicative of information that is included elsewhere in the file header and/or the file. For example, if server system **120-1** determines that a piece of data is in the file twice or more, server system **120-1** removes the redundant instances to have the piece of data appear only once in the file and/or file header. For example, omission module **324** at server system **120-1** is configured to omit information from the file header and/or the file as described above.

In some implementations, the respective omitted information is removed (**714**) from the file header and/or the file in accordance with a determination that the respective omitted information describes aspects of the content corresponding to the file that are already known to the electronic device (e.g., even if the respective omitted information is not duplicative of information that is included elsewhere in the file header and/or the file). For example, if a property of media content is defined out of band (e.g., the property is defined via communications that occur outside of the transmission of the portions of the media file to client device **110-1**), then the individual media files do not need to specify that property for the corresponding media content separately. In this example, server system **120-1** can omit the information that the media uses the H.264 codec from the file header and file because client device **110-1** knows that any media content received from a computing device in media delivery system **150** employs the H.264 codec. For example, omission module **324** at server system **120-1** is configured to omit information from the file header and/or as described above.

In some implementations, the file header is compressed and prior to using the cluster index (e.g., prior to identifying the cluster of the plurality of clusters that includes content that corresponds to the respective position based on the

US 9,529,888 B2

23

24

cluster), the electronic device decompresses (**716**) the file header and identifies the cluster index in the decompressed file header. In some implementations, lossless compression is used (e.g., gzip). For example, compression module **322** at server system **120-1** is configured to compress the file header according to a predefined protocol. And, for example, media application **104** (e.g., media extraction module **230**) is configured to decompress the file header according to the predefined protocol.

In some implementations, the plurality of clusters have (**718**) a predefined size. For example, for live content, clusters have a predetermined size or length (e.g., four seconds long). In some implementations, a first cluster of the plurality of clusters has (**720**) a first size and a second cluster of the plurality of clusters has a second size different from the first size. For example, for on-demand content, cluster length ranges between one and four seconds long (e.g., depending on the length of slice of a group of pictures or a scene). For example, a first cluster in a segment is two seconds long and a second cluster in the segment is three seconds long.

In some implementations, a size of the cluster index increases (**722**) over time. For live content, entries are added to the cluster index as time advances. For on-demand content, the cluster index is fixed after cluster data is generated. Thus, in some implementations, when client device **110-1** initially requests the file that corresponds to live content, the cluster index has a first size and after a period of time (e.g., **10** minutes, while content corresponding to the file is being presented to a user) client device **110-1** obtains an updated file header that includes a cluster index with a second size that is larger than the first size.

In some implementations, the file header includes (**724**) a respective number that is stored as a non-floating point number, and the respective number is converted from a floating point number to the non-floating point number based on a determination that a non-floating point representation of the respective number is below a predefined size (e.g., below a minimum size of a floating point number). Thus, in some implementations, a floating point representation of a numbers is replaced with an integer representation of the number where the integer representation of a number takes less space to store (and less bandwidth to transmit) than a floating point representation of the number. For example, a number that is between 0 and 10 and is measured in tenths of an integer takes fewer bits to store than a corresponding floating point number with seven digit accuracy.

In some implementations, the file header further includes (**726**) a global header that provides content description information that enables the device to prepare content of the file for presentation to the user. In some implementations, when the file includes video content, the content description information includes one or more of: width and height of video frames, frame rate, and profile and level for a video codec such as H.264. In some implementations, when the file includes audio content, the content description information includes one or more of: sample rate of the audio content, number of channels of audio content, bits per audio sample, time scale, time delay, bitrate, and header compression.

In some implementations, the file is divided (**728**) into a plurality of segments, a respective segment of the plurality of segments includes multiple sequential clusters from the plurality of clusters, and the file header further includes a segment index that enables the device to identify a respective segment that includes requested content. For example,

in FIG. **4**A, file header **402** includes segment index **416** that enables client device **110-1** to identify which segment of the plurality of segments includes an identified cluster. FIG. **4**C, for example, shows a plurality of segments 1, 2, 3 comprising media file **400** shown in FIG. **4**A. In FIG. **4**C, segment 1 includes file header **402** and a plurality of clusters C1, C2, C3, C4, C5, C6, C7, C8, segment 2 includes a plurality of clusters C9, C10, C11, C12, C13, C14, C15, C16, and segment 3 includes a plurality of clusters C17, C18, C19, C20, C21, C22, C23, C24. For example, segmentation module **325** at server system **120-1** is configured to divide a media file into one or more segments (e.g., so that the media file can be distributed to and obtained from a number of different content sources).

In some implementations, the plurality of segments of the file are distributed (**730**) among a plurality of sources; and the first segment is available from a plurality of different sources (e.g., one or more central content-distribution servers, one or more peers in peer-to-peer network, a local cache, a content delivery network, a local area network cache, etc.). FIG. **1**B, for example, shows media delivery system **150** with a plurality of computing devices or sources. In some implementations, a first source of the first segment is identified using source information (e.g., segment source table **440**) that includes one or more sources for segments of the file. FIG. **4**B, for example, shows segment source table **440** where each entry includes a plurality of sources in media delivery system **150** associated with segment identifier **420** for a respective segment. In some implementations, segment source table **440** (e.g., source table **242**) is stored locally at client device **110-1**. In some implementations, segment source table **440** (e.g., source table **334**) or information from segment source table **440** is retrieved from a content delivery coordination server or origin server (e.g., server system **120-1**). For example, segmentation module **325** at server system **120-1** is configured to distribute the one or more segments to one or more computing devices (e.g., sources) in media delivery system **150**.

In some implementations, the plurality of segments for the file include (**732**) one or more cluster-aligned segments that each include an integer number of clusters greater than or equal to one. In some implementations, all of the segments for the file are cluster-aligned. In some implementations, some of the segments for the file are cluster-aligned while other segments are not cluster-aligned. In some implementations, segments are determined without regard to whether or not the segments are cluster-aligned.

In some situations, it is desirable to maintain roughly the same size of segment for segments that are provided to clients, so that the system can deliver the segments predictably and efficiently (e.g., segment storage and delivery can be optimized for segments within a predefined range of sizes rather than being adapted to handle segments of an arbitrary size). In some implementations, segment size is controlled at least in part by adjusting a number of clusters that are included in a segment so as to maintain a roughly uniform segment size (e.g., a segment size within the predefined range of sizes). In some implementations, a first segment of the plurality of segments includes (**734**) a first set of N clusters and a second segment of the plurality of segments includes a second set of M clusters, where the clusters in the first set of N clusters are distinct from the clusters in the second set of M clusters. In some implementations, M=N (e.g., for live content, clusters have a fixed size and thus segments with the same number of clusters will have approximately the same size). In some implementations, M≠N (e.g., for on-demand content, clusters, optionally, have

US 9,529,888 B2

25

26

varying sizes and thus segments optionally have different numbers of clusters in situations where doing so helps to maintain segments of approximately the same size). However, in some implementations, no two segments (in either live or on-demand) have a cluster in common (e.g., segments do not overlap with each other).

The electronic device receives (736) a request to seek to a respective position (e.g., a timestamp or a particular frame) within the file. For example, client device 110-1 (e.g., input processing module 224) detects on a touch screen display associated with client device 110-1 a gesture in the user interface for media application 104 that corresponds to the user dragging a slider or time-bar (or otherwise interacts with a user interface object) to seek to a specified timestamp or a particular frame within a video file.

In response to receiving the request (738), the electronic device identifies (740) a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index (e.g., the cluster index includes timestamp information and offset information for each cluster). FIG. 4A, for example, shows cluster index 422 with an entry for each cluster in media file 400, where each entry includes cluster timestamp information 424 and offset information 426. In some implementations, the cluster corresponding to the respective position is identified by utilizing cluster index 422 to correlate the timestamp requested by the user to a byte offset corresponding to (e.g., recorded in or calculated from) the offset information, which identifies a particular cluster.

In response to receiving the request (738), the electronic device obtains (742) a cluster header associated with the cluster based on information retrieved from the cluster index, where the cluster header includes a content index that enables fine searching within the cluster. FIG. 4A, for example, shows cluster header 428-N with cluster size 430 for cluster N and an entry for each frame in cluster N, where each entry includes offset information 432 and timestamp information 434.

In some implementations, the content index in the cluster header for the cluster includes (744) a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content. In some implementations, the second content entry includes information that identifies a position of the second content (e.g., a position of the second content within the cluster for offset information or a position of the second content within the media content that corresponds to the file for timestamp information) based on a distance between corresponding portions of the first content and the second content (e.g., a distance between a beginning of the first content and a beginning of the second content within the cluster for offset information or a distance between times associated with the first content and the second content for timestamp information). In some implementations, the third content entry includes information that identifies a position of the third content (e.g., a position of the third content within the cluster for offset information or a position of the third content within media that corresponds to the file for timestamp information) based on a distance between corresponding portions of the second content and the third content (e.g., a distance between a beginning of the second content and a beginning of the third content within the cluster for offset information or a distance between times associated with the second content and the third content within media that corresponds to the file for timestamp information).

In one example, the sequence {0, 100, 205, 295, 400}, where each number in the sequence corresponds to a byte offset from the start of a respective cluster to the start of a respective frame in the respective cluster, is stored as the sequence {0, 100, 105, 90, 105}. In this example, each number in the stored sequence is the difference between the byte offset for the respective frame and the byte offset for the previous frame. For example, a first entry in the stored sequence is zero, the second entry is equal to 100-0, the third entry is equal to 205-100, the fourth entry is equal to 295-205, and the fifth entry is equal to 400-295. In some implementations, timestamp information (e.g., measured in frames or milliseconds) and/or offset information (e.g., measured in bytes) is compressed (e.g., stored as deltas of positions) as described above. For example, cluster timestamp information 424 in cluster index 422 or timestamp information 434 in cluster header 428 is compressed as described above. In another example, offset information 418 in segment index 416, offset information 426 in cluster index 422, or offset information 432 in cluster header 428 is compressed as described above. In some implementations, information that identifies the position of respective content within the cluster (e.g., offset information that identifies a position in bytes of the respective content within the cluster) is compressed (e.g., stored as deltas of positions) as described above. In some implementations, information that identifies the position of the respective content within media content that corresponds to the file (e.g., timestamp information that identifies a temporal position of the respective content in media that corresponds to the file) is compressed (e.g., stored as deltas of positions) as described above. For example, compression module 322 at server system 120-1 is configured to compress the media file according to the protocol described above, and media extraction module 230 at client device 110-1 is configured to decompress the media file according to the protocol.

In some implementations, the content index in the cluster header for the cluster includes (746) a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content. In some implementations, the third content entry includes information that identifies a position of the third content (e.g., a position of the third content within the cluster for offset information or a position of the third content within media that corresponds to the file for timestamp information) based on a difference between: a distance between corresponding portions of the first content and the second content (e.g., a distance between a beginning of the first content and a beginning of the second content within the cluster for offset information or a distance between times associated with the first content and the second content within media that corresponds to the file for timestamp information) and distance between corresponding portions of the second content and the third content (e.g., a distance between a beginning of the second content and a beginning of the third content within the cluster for offset information or a distance between times associated with the second content and the third content within media that corresponds to the file for timestamp information).

In one example, the sequence {0, 100, 205, 295, 400}, where each number in the sequence corresponds to a byte offset from the start of a respective cluster to the start of a respective frame in the respective cluster, is stored as {0, 100, 5, −20, 15}. In this example, first, the difference between the byte offset for the respective frame and the byte offset for the previous frame is calculated (e.g., the calcu-

US 9,529,888 B2

**27**

lated sequence is {0, 100, 105, 90, 105}), and, then, each number in the stored sequence is the difference between the difference calculated for the respective frame and the difference calculated for the previous frame. For example, the first entry in the stored sequence is 0, the second entry is equal to 100-0, the third entry is equal to 105-100, the fourth entry is equal to 90-105, and the fifth entry is equal to 105-90. In some implementations, timestamp information (e.g., measured in frames or milliseconds) and/or offset information (e.g., measured in bytes) is compressed (e.g., stored as deltas of distances) as described above. Almost any kind of information can be compressed as described above. For example, cluster timestamp information **424** in cluster index **422** or timestamp information **434** in cluster header **428** can be compressed as described above. For example, offset information **418** in segment index **416**, offset information **426** in cluster index **422**, or offset information **432** in cluster header **428** is optionally compressed as described above. In some implementations, information that identifies the position of respective content within the cluster (e.g., offset information that identifies a position in bytes of the respective content within the cluster) is compressed (e.g., stored as deltas of distances) as described above. In some implementations, information that identifies the position of the respective content within media content that corresponds to the file (e.g., timestamp information that identifies a temporal position of the respective content in media that corresponds to the file) is compressed (e.g., stored as deltas of distances) as described above. In some implementations, other position information is compressed (e.g., stored as deltas of distances) as described above. For example, compression module **322** at server system **120-1** is optionally configured to compress the media file according to the protocol described above, and media extraction module **230** at client device **110-1** is optionally configured to decompress the media file according to the protocol.

In some implementations, the content index for the cluster includes (**748**) an overall size of the cluster, a plurality of entries for corresponding content (e.g., corresponding frames) that include information from which sizes of corresponding content can be determined, and a respective entry for respective content that does not include information from which a size of the respective content can be determined. In some implementations, client device **110-1** determines a size of the respective content based on the overall size of the cluster and the sizes of the content corresponding to the plurality of entries in the cluster other than the respective entry. In some implementations, when a respective chunk (e.g., an outer container) comprises a plurality of portions (e.g., inner containers), information in a respective portion does not repeat the size of the previous portion. For example, the size of a last portion can be determined by subtracting the sizes of all other portions in the respective chunk from the size of the respective chunk. For example, compression module **322** at server system **120-1** is configured to compress the media file as described above and media extraction module **230** at client device **110-1** is configured to decompress the media file by reversing the process described above.

In response to receiving the request (**738**), the electronic device obtains (**750**) cluster data associated with the cluster. For example, step **514** in FIG. **5** shows client device **110-1** determining a byte offset for a respective cluster corresponding to a requested timestamp based on cluster index **516**. Upon determining the byte offset for the respective cluster, client device **110-1** is enabled to obtain the respective

**28**

cluster, including both a cluster header and cluster data, based on the determined byte offset.

In some implementations, the cluster header is obtained (**752**) in a first location and the cluster data is obtained from one or more locations different from the first location. In some implementations, the cluster data is stored/received together with the cluster header. For example, both cluster header **428**-N and cluster data **438**-N corresponding to cluster N are stored at an origin server (e.g., server system **120-1**). In some implementations, the cluster data is stored/received separately from the cluster header. For example, cluster header **428**-N corresponding to cluster N is stored at an origin server (e.g., server system **120-1**) and cluster data **438**-N corresponding to cluster N is stored at a peer **133** in P2P network **132**.

In some implementations, obtaining the cluster data includes (**754**) identifying, based on information retrieved from the cluster index (e.g., offset information), a position of the cluster data in the file (e.g., a byte offset), identifying, in the segment index (e.g., based on the byte offset), a first segment that includes the cluster data, obtaining the first segment, and identifying the cluster data in the first segment. For example, step **506** in FIG. **5** shows client device **110-1** identifying a segment identifier for a first segment including the cluster data corresponding on the byte offset determined in step **504** based on segment index **416**. For example, step **508** in FIG. **5** shows client device **110-1** determining a source for the first segment based on source information (e.g., source table **242** or source table **334**) and sending a request for the first segment including the segment identifier for the first segment and the address of the device to one or more sources associated with the segment identifier for the first segment. For example, step **514** in FIG. **5** shows client device **110-1** receiving the first segment from one of the one or more sources associated with the segment identifier for the first segment. For example, step **518** in FIG. **5** shows client device **110-1** identifying cluster data in the first segment corresponding to a requested frame based on a byte offset determined in step **516**.

In some implementations, obtaining the first segment includes (**756**) requesting the first segment from a first source using an identifier of the first segment retrieved from the segment index. In some implementations, segment index **416** includes offset information and a segment identifier (e.g., a SHA-1 hash) for each segment comprising the media file. For example, segment index **416** in FIG. **4A** includes a plurality of entries for each segment comprising media file **400**, where an entry for a respective segment includes offset information **418** and segment identifier **420**. First, cluster index **422** relates a user requested timestamp (e.g., by way of cluster timestamp information **424**) to a byte offset (e.g., by way of offset information **426**). Then, the byte offset is used to determine a corresponding segment identifier **420** in segment index **416**. In some implementations, the identifier of the first segment includes (**758**) a cryptographic hash. For example, segment identifiers **420** in segment index **416** are generated by applying a cryptographic hash function (e.g., MD5, SHA-0, SHA-1, SHA-3, etc.) to content of the corresponding segment.

In some implementations, after obtaining the first segment, the electronic device obtains (**760**) a second segment, where: when the file corresponds to on-demand content, the second segment is obtained from a respective source selected from a source table that includes a plurality of sources from which the second segment is available and when the file corresponds to live content, the second segment is obtained from the first source. For example, in some

US 9,529,888 B2

29

situations, for on-demand content, segments for a media file are stored in and obtained from one or more different sources in media delivery system **150**. In some implementations, one or more sources for a respective segment are determined from source information (e.g., source table **242** stored locally at the device or source table **334** stored remotely from the device at server system **120-1**). For example, in some situations, for live content (e.g., real-time content), segments for a media file are stored at (or streamed from) a single source in media delivery system **150** and the segments are obtained by transmitting requests to a same source such as a same uniform resource locator (URL). In this example, the computing device that receives the requests, optionally, balances the load by instructing different sources to transmit the segments to the device when its resources or bandwidth does not meet certain predefined criteria.

After obtaining the cluster header, the electronic device identifies (**762**) respective content (e.g., a frame) within the cluster that corresponds to the respective position based on the content index. In some implementations, the frame is identified by correlating the timestamp requested by the user to a byte offset in the offset info that identifies a frame within the cluster. For example, step **518** in FIG. **5** shows client device **110-1** identifying frame data for a respective frame based on the byte offset for the respective frame determined in step **516**.

After identifying the respective content, the electronic device provides (**764**) at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content. For example, step **518** in FIG. **5** further shows client device **110-1** sending the identified frame data to a presentation device (e.g., software configured render frame data on a display) identifying frame data for a respective frame based on a byte offset for the respective frame determined in step **516**.

In some implementations, the file header is obtained (**766**) from a first location and the content corresponding to the file is obtained from a second location distinct from the first location. In some implementations, file header **402** for media file **400** is obtained from a first source (e.g., an origin server or server system **120-1**) in media delivery system **150** and content comprising media file **400** (e.g., segments or cluster data) is obtained from one or more sources (e.g., peers **133** in P2P system **132** and/or network cache **136**) in media delivery system **150** different from the first source.

In some implementations, the file includes (**763**) one or more encrypted portions including a respective encrypted portion and, before providing the portion of content corresponding to the file to the presentation device for presentation to a user, the device decrypts the respective encrypted portion. In some implementations, at least a portion of the file header is encrypted. In some implementations, at least a portion of a cluster header is encrypted. In some implementations, at least a portion of the cluster data is encrypted. For example, encryption module **320** at server system **120-1** is configured to encrypt one or more portions of the media file according to a predefined encryption algorithm, and media extraction module **230** at client device **110-1** is configured to decrypt the one or more portions of the media file according to the predefined encryption algorithm.

In some implementations, the file includes (**770**) video data; a respective cluster of the plurality of clusters corresponds to a group of frames with a respective keyframe and the respective content corresponds to one or more frames in the video data. In some implementations, the file includes (**772**) audio data; a respective cluster of the plurality of clusters corresponds to a group of audio samples or audio

30

frames and the respective content corresponds to one or more audio samples or audio frames in the audio data.

It should be understood that the particular order in which the operations in 7A-7F have been described is merely exemplary, and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. It should be noted that details of other processes described herein with respect to other methods described herein (e.g., method **800**) are also applicable in an analogous manner to method **700** described above with respect to FIGS. **7A-7F**. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., method **800**) are also applicable in an analogous manner to method **700** described above with respect to FIGS. **7A-7F**. For example, the requests, media files, and file headers described above with reference to method **700**, optionally, have one or more of the characteristics of the requests, media files, and file headers described herein with reference to other methods described herein (e.g., method **800**). For brevity, these details are not repeated here.

FIGS. **8A-8D** are flow diagrams illustrating a method **800** of providing media content in accordance with some implementations. In some implementations, method **800** is performed at a computer system (e.g., server system **120-1**, FIGS. **1A** and **3**) with one or more processors and memory. Some operations in method **800** are, optionally, combined and/or the order of some operations is, optionally, changed.

The computer system obtains (**802**) content-access information (e.g., server **120** generates source table **334**, updates source table **334** and/or retrieves content-access information from source table **334**) that enables distribution of content to a plurality of clients having different file format processing capabilities. In some implementations, the content-access information includes locations of content in a content distribution network, a list of peers that have portions of the content, other information that can be used by the computer system to provide the content to a respective client and/or other information that can be used by a respective client to request the content from a content source (e.g., a media server or a peer). For example, server system **120-1** determines the addresses (e.g., IP or MAC addresses) of a plurality of client devices (e.g., including first client device **110-1** having first file format processing capabilities and second client device **110-n** having second format processing capabilities) in media delivery system **150** so as to enable server system **120-1** to provide file portions to the client devices having different format processing capabilities.

The computer system provides (**804**) to a first client (e.g., client device **110-1**), having first file format processing capabilities, first information that enables the first client to access respective content in a first file format (e.g., HLS format). For example, the computer system provides the first client with a first portion of the previously obtained content-access information (e.g., from source table **334**) that includes locations from which the respective content in the first file format can be retrieved and/or provides the first client with the respective content in the first file format.

The first information identifies (**806**) a first set of file portions (e.g., the file segments shown above in FIG. **6A**) that can be combined to generate the respective content in the first file format. In some implementations, the set of file portions includes two or more of the file portions that each include data corresponding to both audio and video content.

US 9,529,888 B2

**31**

In some implementations, the file portions are divided temporally, so that in a sequence of file portions, earlier file portions in the sequence correspond to earlier portions of the content and later file portions in the sequence correspond to later portions of the content and, after receiving the first portion or the first few portions, a client can start presenting the content to a user while downloading additional portions. Thus, for example, the client is enabled to stream the content without having downloaded all of the portions.

The computer system provides (**808**) to a second client (e.g., client device **110-***n*), having second file format processing capabilities different from the first file format processing capabilities, second information that enables the second client to access respective content in a second file format (e.g., an augmented HLS format) different from the first file format. For example, the computer system provides the second client with a second portion of the previously obtained content-access information (e.g., from source table **334**) that includes locations from which the respective content in the second file format can be retrieved and/or provides the second client with the respective content in the second file format.

Additionally, when the second client has second file format processing capabilities, the second client is provided with at least one file portion (e.g., comprising metadata) different from the file portions provided to the first client with first file processing capabilities. The second client is also provided with at least one same file portion as the first client with first file format processing capabilities. Thus, in some implementations, the respective content is not simply being remuxed or transmuxed at the client or the server; rather, the respective content is divided up so that it can be provided to, used by, and shared between, different clients with different file processing capabilities (e.g., without requiring the different clients to transmux the content after it is received).

The second information identifies (**810**) a second set of file portions (e.g., the file segments shown above in FIG. **6**B) that can be combined to generate the respective content in the second file format. The second set of file portions includes (**812**) one or more shared file portions that are included in the first set of file portions. Additionally, in some implementations, the shared file portions include muxed (multiplexed) content that includes two or more content types (e.g., video, audio, text, etc.) and the shared file portions can be used in either the first file format or the second file format without remuxing or transmuxing the content. In some implementations, after receiving a respective set of file portions, the client remuxes or transmuxes the content in the file portions to change a media container that is used to organize the content. In some circumstances, for remuxing or transmuxing between two different media containers, the specifications of the different media containers needs to be known by the client performing the remuxing or transmuxing. In contrast, in some implementations, when combining a respective set (e.g., a first set or second set) of file portions to generate the respective content, the information for combining the respective set of file portions is contained in the file format (e.g., the order in which the file portions are to be combined indicates how the file portions are to be combined).

In some implementations, the first file format provides functionality that is not provided (**814**) by the second file format. In some implementations, the second file format provides functionality that is not provided (**816**) by the first file format. For example, the second file format enables the client device **110-1** to seek within the media content using

**32**

coarse and/or fine searching (e.g., keyframe-based and frame-based seeking, respectively). In another example, the second file format includes a reduced-size, lightweight file header enabling segmentation and/or coarse searching of the media file.

In some implementations, the first set of file portions and the second set of file portions are distributed (**818**) between a plurality of computing devices in a media delivery system (e.g., a distributed content provision network). For example, with reference to FIG. **1**B, the file portions comprising the first set of file portions and the second set of file portions are distributed among a plurality of computing devices (e.g., peers **133** in P2P network **132**, network cache **136**, redundant content host servers **138**, local cache **105**, etc.) in media delivery system **150**.

In some implementations, a leading portion in the first set of file portions is (**820**) different from a leading portion of the second set of file portions (e.g., segment 1 of first information **600** in FIG. **6**A is different from segment 1 of second information **650** in FIG. **6**B). In some implementations, the leading portion of the first set of file portions is followed (**822**) by a set of shared file portions in a respective order, and the leading portion of the second set of file portions is followed by the set of shared file portions in the respective order (e.g., segments 2 and 3 of first information **600** in FIG. **6**A are the same as segments 2 and 3 of second information **650** in FIG. **6**B). In some implementations, the leading portion of the second set of file portions includes (**824**) respective metadata that is not included in the leading portion of the first set of file portions (e.g., file header **652** in segment 1 of second information **650** in FIG. **6**B is not included in segment 1 of first information **600** in FIG. **6**A). In some implementations, the respective metadata is appended (**826**) to a beginning of the leading portion of the second set of file portions. FIG. **6**B, for example, shows file header **652** appended to the beginning of segment 1 the second set of file portions corresponding to second information **650**. In some implementations, the second information has (**828**) a file header that includes information (e.g., a cluster index) that enables coarse searching (e.g., keyframe-based searching) within the file.

In some implementations, the second information has (**830**) a file header that includes information that enables the client to obtain (e.g., retrieve) a fine-searching metadata file, the fine-searching metadata file including information (e.g., cluster headers) that enables fine searching (e.g., frame-based seeking) within the file. FIG. **6**C, for example, shows file header **652** corresponding to second information **650**, including cluster header location information **656**, which points to the location of metadata file **654**. FIG. **6**C, for example, shows metadata file **654** including a plurality of cluster headers **428** for the clusters comprising second information **650**. In some implementations, cluster headers **428** enable fine searching (e.g., frame-based seeking) within the media file.

In some implementations, the first set of file portions includes file portions that are (**832**) compatible with the first file format, and the second set of file portions includes file portions that are compatible with the first file format (and, optionally, are not compatible with the second file format) and modification information that enables the second client to generate file portions that are compatible with the second file format from file portions in the first format. For example, the file portions in the first and second sets are shared. In some implementations, a first client will receive a respective set of file portions in the first file format, and a second client will receive the respective set of file portions in the first file

**33**

format and a file header (e.g., modification information) enabling playback of content corresponding to the respective set of file portions in the second file format.

In some implementations, respective file portions are compatible with a respective file format when the file portions can be used to generate content in the respective file format. In some implementations, the first file format is a file format used by devices (e.g., portable multifunction devices such as smartphones and tablet computers) that have limited processing resources and are not capable of generating file portions in a different format or can generate file portions in the different format but suffer from a noticeable impact on performance (e.g., reduction in battery life, overheating, lag or stutters in video/audio playback, etc.) to do so; while the second file format is a file format used by devices with greater processing resources (e.g., gaming consoles or personal computers such as desktop or laptop computers) that are capable of generating file portions in a different format using the second modification information without a noticeable impact on performance (e.g., reduction in battery life, overheating, lags or stutters in video/audio playback, etc.). In some implementations, the first client also converts portions of the content based on playback requirements at the first client (e.g., audio content in AAC format is converted to MP3 format or vice versa). In some implementations, in addition to generating file portions that are compatible with the second file format, the second client also converts portions of the content based on playback requirements at the second client (e.g., audio content in AAC format is converted to MP3 format or vice versa).

In some implementations, the modification information enables (**834**) the second client to alter (e.g., add, remove, and/or replace) metadata from the second set of file portions to generate file portions that are compatible with the second file format (e.g., without transcoding or converting the underlying content in the second set of file portions). In some implementations, the modification information includes (**836**) information that enables the second client to transcode the second set of file portions from the first file format to the second file format to generate file portions that are compatible with the second file format (e.g., instead of, or in addition to, altering metadata in the first set of file portions). For example, transcoding MPEG-2 files to MPEG-4 files or transcoding MPEG-2 files to H.264 files.

In some implementations, the first set of file portions includes (**838**) respective file portions (that are not compatible with the first file format) and first modification information that enables the first client to generate file portions that are compatible with the first file format from the respective file portions, and the second set of file portions includes the respective file portions (that are not compatible with the second file format) and second modification information that enables the second client to generate file portions that are compatible with the second file format from the respective file portions. For example, the first set of file portions includes raw portions and a first file header for playback in the first file format, and the second set of portions includes the raw portions and a second file header for playback in the second file format). In some implementations, respective file portions are compatible with a respective file format when the file portions can be used to generate content in the respective file format. In some implementations, in addition to generating file portions that are compatible with the first file format, the first client also converts portions of the content based on playback requirements of the first client (e.g., audio content in AAC format is converted to MP3 format or vice versa). In some implementa-

**34**

tions, in addition to generating file portions that are compatible with the second file format, the second client also converts portions of the content based on playback requirements of the second client (e.g., audio content in AAC format is converted to MP3 format or vice versa).

In some implementations, the respective file portions are not (**840**) compatible with the first file format or the second file format. For example, the file portions are raw, unformatted file portions or portions in a third format. In some implementations, the first modification information enables (**842**) the first client to alter (e.g., add, remove and/or modify) metadata from the respective portions to generate file portions that are compatible with the first file format (e.g., without transcoding or converting the underlying content in the first set of file portions), and the second modification information enables the second client to alter (e.g., add, remove and/or modify) metadata from the respective portions to generate file portions that are compatible with the second file format (e.g., without transcoding or converting the underlying content in the second set of file portions).

In some implementations, the first modification information includes (**844**) information that enables the first client to transcode the first set of file portions from a respective file format to the first file format to generate file portions that are compatible with the first file format (e.g., instead of, or in addition to, altering metadata in the first set of file portions), and the second modification information includes information that enables the second client to transcode the second set of file portions from the respective file format to the second file format to generate file portions that are compatible with the second file format (e.g., instead of, or in addition to, altering metadata in the second set of file portions).

In some implementations, the respective content is shared (**846**) over a peer-to-peer network, and clients having the first file format processing capabilities make shared file portions available (e.g., "seed" the shared file portions) to clients having the first file format processing capabilities and to clients having the second file format processing capabilities. In some implementations, clients having the second file format processing capabilities make shared file portions available (e.g., "seed" the shared file portions) to clients having the second file format processing capabilities and to clients having the first file format processing capabilities. Thus, in some implementations clients that have different file format processing capabilities are still able to participate in the same peer-to-peer network (e.g., P2P network **132** in media delivery system **150** shown in FIG. **1**B) and exchange file portions that are used at the various clients to generate the same content in different file formats. Enabling different kinds of clients to participate in the same peer to peer network improves the performance and reliability of peer-to-peer distribution by increasing the number of peers for the respective content.

It should be understood that the particular order in which the operations in **8**A-**8**D have been described is merely exemplary, and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. It should be noted that details of other processes described herein with respect to other methods described herein (e.g., method **700**) are also applicable in an analogous manner to method **800** described above with respect to FIGS. **8**A-**8**D. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., method **700**) are also applicable in an

US 9,529,888 B2

35 36

analogous manner to method **800** described above with respect to FIGS. **8A-8**D. For example, the requests, media files, and file headers described above with reference to method **800** optionally have one or more of the characteristics of the requests, media files, and file headers described herein with reference to other methods described herein (e.g., method **700**). For brevity, these details are not repeated here.

Plural instances are, optionally provided for components, operations, or structures described herein as a single instance. Finally, boundaries between various components, operations, and data stores are somewhat arbitrary, and particular operations are illustrated in the context of specific illustrative configurations. Other allocations of functionality are envisioned and optionally fall within the scope of the implementation(s). In general, structures and functionality presented as separate components in the example configurations are, optionally, implemented as a combined structure or component. Similarly, structures and functionality presented as a single component are, optionally, implemented as separate components. These and other variations, modifications, additions, and improvements fall within the scope of the implementation(s).

It will also be understood that, although the terms "first," "second," are, in some circumstances, used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, first information could be termed second information, and, similarly, second information could be termed first information, which changing the meaning of the description, so long as all occurrences of the "first information" are renamed consistently and all occurrences of "second information" are renamed consistently. The first information and the second information are both information, but they are not the same information.

The terminology used herein is for the purpose of describing particular implementations only and is not intended to be limiting of the claims. As used in the description of the implementations and the appended claims, the singular forms "a," "an," and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will also be understood that the term "and/or" as used herein refers to and encompasses any and all possible combinations of one or more of the associated listed items. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

As used herein, the term "if" is, optionally, construed to mean "when" or "upon" or "in response to determining" or "in accordance with a determination" or "in response to detecting," that a stated condition precedent is true, depending on the context. Similarly, the phrase "if it is determined (that a stated condition precedent is true)" or "if (a stated condition precedent is true)" or "when (a stated condition precedent is true)" is, optionally, construed to mean "upon determining" or "in response to determining" or "in accordance with a determination" or "upon detecting" or "in response to detecting" that the stated condition precedent is true, depending on the context.

The foregoing description included example systems, methods, techniques, instruction sequences, and non-transitory computer readable storage media that embody illustrative implementations. For purposes of explanation, numerous specific details were set forth in order to provide an understanding of various implementations of the inventive subject matter. It will be evident, however, to those skilled in the art that implementations of the inventive subject matter is, optionally, practiced without these specific details. In general, well-known instruction instances, protocols, structures and techniques have not been shown in detail.

The foregoing description, for purpose of explanation, has been described with reference to specific implementations. However, the illustrative discussions above are not intended to be exhaustive or to limit the implementations to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The implementations were chosen and described in order to best explain the principles and their practical applications, to thereby enable others skilled in the art to best utilize the implementations and various implementations with various modifications as are suited to the particular use contemplated.

What is claimed is:

**1**. A method of seeking within media content, comprising:
at an electronic device with one or more processors and memory;
  obtaining a file header for a file that corresponds to a plurality of clusters, wherein:
    the file header includes a cluster index that enables coarse searching within the file,
    the file header and the file omit respective omitted information that is necessary for extracting content from the file, and
    the respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information describes aspects of the content corresponding to the file that are already known to the electronic device;
  receiving a request to seek to a respective position within the file;
  in response to receiving the request:
    identifying a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index;
    obtaining a cluster header associated with the cluster based on information retrieved from the cluster index, wherein the cluster header includes a content index that enables fine searching within the cluster;
    obtaining cluster data associated with the cluster; and
    after obtaining the cluster header, identifying respective content within the cluster that corresponds to the respective position based on the content index; and
  after identifying the respective content, providing at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content.

**2**. The method of claim **1**, wherein:
the file includes video data;
a respective cluster of the plurality of clusters corresponds to a group of frames with a respective keyframe; and
the respective content corresponds to one or more frames in the video data.

**3**. The method of claim **1**, wherein:
the file includes audio data;
a respective cluster of the plurality of clusters corresponds to a group of audio samples or audio frames; and

US 9,529,888 B2

37

the respective content corresponds to one or more audio samples or audio frames in the audio data.

**4**. The method of claim **1**, wherein the file header is obtained in response to a request for content associated with the file.

**5**. The method of claim **1**, wherein the file header further includes a global header that provides content description information that enables the device to prepare content of the file for presentation to the user.

**6**. The method of claim **1**, wherein the cluster index does not include information that enables fine searching within the file.

**7**. The method of claim **1**, wherein:

the respective omitted information was removed from the file header and/or the file before the file header was obtained by the electronic device; and

the method includes, prior to providing the portion of content corresponding to the file to the presentation device for presentation to the user:

generating the respective information based on the file header and/or the file; and

adding the omitted information into the file header and/or file.

**8**. The method of claim **1**, wherein the respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information is duplicative of information that was included elsewhere in the file header and/or the file.

**9**. The method of claim **1**, wherein the file header is compressed, and the method includes, prior to using the cluster index, decompressing the file header and identifying the cluster index in the decompressed file header.

**10**. The method of claim **1**, wherein:

the content index in the cluster header for the cluster includes a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content;

the second content entry includes information that identifies a position of the second content based on a distance between corresponding portions of the first content and the second content; and

the third content entry includes information that identifies a position of the third content based on a distance between corresponding portions of the second content and the third content.

**11**. The method of claim **1**, wherein:

the content index in the cluster header for the cluster includes a sequence of content entries including a first content entry that corresponds to first content followed by a second content entry that corresponds to second content followed by a third content entry that corresponds to third content; and

the third content entry includes information that identifies a position of the third content based on a difference between:

a distance between corresponding portions of the first content and the second content; and

a distance between corresponding portions of the second content and the third content.

**12**. The method of claim **10**, wherein:

the content index for the cluster includes:

an overall size of the cluster;

a plurality of entries for corresponding content that include information from which sizes of corresponding content can be determined; and

38

a respective entry for respective content that does not include information from which a size of the respective content can be determined; and

the method includes determining a size of the respective content based on the overall size of the cluster and the sizes of the content corresponding to the plurality of entries in the cluster other than the respective entry.

**13**. The method of claim **1**, wherein:

the file header is obtained from a first location; and

the content corresponding to the file is obtained from a second location distinct from the first location.

**14**. The method of claim **1**, wherein:

the cluster header is obtained in a first location; and

the cluster data is obtained from one or more locations different from the first location.

**15**. The method of claim **1**, wherein the plurality of clusters have a predefined size.

**16**. The method of claim **1**, wherein:

a first cluster of the plurality of clusters has a first size; and

a second cluster of the plurality of clusters has a second size different from the first size.

**17**. A computer system, comprising:

one or more processors; and

memory; storing one or more programs configured to be executed by the one or more processors, the one or more programs including instructions for:

obtaining a file header for a file that corresponds to a plurality of clusters, wherein:

the file header includes a cluster index that enables coarse searching within the file,

the file header and the file omit respective omitted information that is necessary for extracting content from the file, and

the respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information describes aspects of the content corresponding to the file that are already known to the electronic device;

receiving a request to seek to a respective position within the file;

in response to receiving the request:

identifying a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index;

obtaining a cluster header associated with the cluster based on information retrieved from the cluster index, wherein the cluster header includes a content index that enables fine searching within the cluster;

obtaining cluster data associated with the cluster; and

after obtaining the cluster header, identifying respective content within the cluster that corresponds to the respective position based on the content index; and

after identifying the respective content, providing at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content.

**18**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which, when executed by an electronic device with one or more processors, cause the device to:

obtain a file header for a file that corresponds to a plurality of clusters, wherein:

US 9,529,888 B2

**39**

**40**

the file header includes a cluster index that enables coarse searching within the file,

the file header and the file omit respective omitted information that is necessary for extracting content from the file, and

the respective omitted information was removed from the file header and/or the file in accordance with a determination that the respective omitted information describes aspects of the content corresponding to the file that are already known to the electronic device;

receive a request to seek to a respective position within the file;

in response to receiving the request:

identify a cluster of the plurality of clusters that includes content that corresponds to the respective position based on the cluster index;

obtain a cluster header associated with the cluster based on information retrieved from the cluster index, wherein the cluster header includes a content index that enables fine searching within the cluster;

obtain cluster data associated with the cluster; and

after obtaining the cluster header, identify respective content within the cluster that corresponds to the respective position based on the content index; and

after identifying the respective content, provide at least a portion of content corresponding to the file to a presentation device for presentation to a user, starting with the respective content.

\* \* \* \* \*